UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

- - - - - - - - - - - - - - - - -*

| | | |
|---|---|---|
| In re: Arnold Kilberg | : | BK No. 04-10632<br>Chapter 7 |
| | : | |
| Joseph M. DiOrio<br>Plaintiff(s) | : | |
| v. | : | AP. No. 05-1011 |
| 56 Associates LP<br>57 Associates LP | : | |
| Defendant(s) | | |

- - - - - - - - - - - - - - - - -*

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

__X__ Appeal Coversheet

__X__ The Notice of Appeal and Appellant's Election Form

__X__ Copy of Bankruptcy Court Order and Judgment dated 6/14/07

__X__ Certified Copy of docket.

____ Other____________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 6/26/07 . The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 6/18/07

By: Holly D'Agostino
Deputy Clerk