Form B

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 04-10632 AP # 05-1011
2. Title of Bankruptcy Case Arnold Kilberg
   AP DiOrio v. 56 Associates LP, 57 Associates LP
3. Appellant: Defendants 56 Associates LP, 57 Associates LP
   Name & Address of Counsel for Appellant(s):
   William J. Delaney, Tillinghast Licht LLP, Ten Weybosset St.
   Providence RI 02903; (401) 456-1200
4. Appellee: Joseph M. DiOrio
   Name & Address of Counsel for Appellee(s):
   Joseph M. DiOrio, Law Office of Joseph M. DiOrio, Inc.
   10 Dorrance Street, Providence RI 02903 (401) 632-0911
5. Additional Counsel: ______
   Office of the U. S. Trustee, 10 Dorrance Street,
   Providence, RI 02903 (401) 528-5551
6. Related Case(s) on Appeal: Yes______ No______
7. Special Comments: ______