**TerminateDeadline, NTCAPR, GenerateFollowupDdls, APPEAL**

# United States Bankruptcy Court
# District of Rhode Island (Providence)
# Adversary Proceeding #: 1:05-ap-01011

*Assigned to:* Judge Arthur N. Votolato
*Related BK Case:* 04-10632
*Related BK Title:* Arnold Kilberg
*Related BK Chapter:* 7
*Demand:*
*Nature[s] of Suit:* 458 Approval For Sale

*Date Filed:* 03/01/05

Attest a True Copy
By Deputy Clerk

**Plaintiff**

-----------------------

**Joseph M DiOrio**
Holland & Knight, LLP
One Financial Plaza, Ste 1800
Providence, RI 02903
401-824-5178

represented by **Joseph M. DiOrio**
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street
Suite 1200
Providence, RI 02903
401-632-0911
Fax : 401-632-0751
Email: jmdiorio@dioriolaw.com
*LEAD ATTORNEY*

V.

**Defendant**

-----------------------

**56 Associates, L.P.**
57 Eddy Street
Providence, RI 02903

represented by **Michael A. Kelly**
55 Pine Street, 5th Floor
Providence, RI 02903
(401) 490-7334
*TERMINATED: 01/31/2007*
*LEAD ATTORNEY*

**William J. Delaney**
Tillinghast Licht LLP
Ten Weybosset Street
Providence, RI 02903
(401) 456-1200
Fax : 456-1210
Email: wdelaney@tlslaw.com

**57 Associates, L.P.**
57 Eddy Street
Providence, RI 02903

represented by **Michael A. Kelly**
(See above for address)
*TERMINATED: 01/31/2007*
*LEAD ATTORNEY*

| | | |
|---|---|---|
| | | **William J. Delaney**<br>(See above for address) |
| **Counter-Claimant**<br>----------------------- | | |
| **56 Associates, L.P.**<br>57 Eddy Street<br>Providence, RI 02903 | represented by | **Michael A. Kelly**<br>55 Pine Street<br>Providence, RI 02903<br>(401) 490-7334<br>*TERMINATED: 01/31/2007*<br>*LEAD ATTORNEY*<br><br>**William J. Delaney**<br>(See above for address) |
| **57 Associates, L.P.**<br>57 Eddy Street<br>Providence, RI 02903 | represented by | **Michael A. Kelly**<br>55 Pine Street, 5th Floor<br>Providence, RI 02903<br>(401) 490-7334<br>*TERMINATED: 01/31/2007*<br>*LEAD ATTORNEY*<br><br>**William J. Delaney**<br>(See above for address) |

V.

**Counter-Defendant**
-----------------------

**Joseph M DiOrio**
Holland & Knight, LLP
One Financial Plaza, Ste 1800
Providence, RI 02903
401-824-5178

Attest a True Copy
Clerk
By
Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 06/18/2007 | 134 | Court Notice (related document(s)129 Notice of Appeal, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). (related document(s)129 Notice of Appeal, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). . (DAgostino, Holly) Additional attachment(s) added on 6/18/2007 (Venuti, Jody). (Entered: 06/18/2007) |
| 06/16/2007 | 133 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 127 Granting/Denying a Complaint) Service Date 06/16/2007. (Admin.) (Entered: 06/17/2007) |
| 06/16/2007 | 132 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 126 |

| | | |
|---|---|---|
| | | Hearing (AP), Hearing (AP)) Service Date 06/16/2007. (Admin.) (Entered: 06/17/2007) |
| 06/16/2007 | 131 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 128 Judgment Order (ap/bk)) Service Date 06/16/2007. (Admin.) (Entered: 06/17/2007) |
| 06/16/2007 | | Receipt of filing fee for Notice of Appeal(1:05-ap-01011) [appeal,ntcapl] ( 255.00). Receipt number 615839, amount $ 255.00. (U.S. Treasury) (Entered: 06/16/2007) |
| 06/16/2007 | 130 | District Court Election Filed by William J. Delaney on behalf of 56 Associates, L.P., 57 Associates, L.P. (related document(s)129 Notice of Appeal Defendant 56 Associates, L.P., L.P., Defendant 57 Associates, L.P.). (Delaney, William) Modified text on 6/18/2007 (DAgostino, Holly). (Entered: 06/16/2007) |
| 06/16/2007 | 129 | Notice of Appeal . Fee Amount $;255 Filed by William J. Delaney on behalf of 56 Associates, L.P., 57 Associates, L.P. (related document(s)127 Order Granting Complaint). Appellant Designation due by: 6/26/2007. (Delaney, William) Modified linkage on 6/18/2007 (DAgostino, Holly). (Entered: 06/16/2007) |
| 06/14/2007 | 128 | Judgment Order (re:127 Granting/Denying a Complaint) (DAgostino, Holly) (Entered: 06/14/2007) |
| 06/14/2007 | 127 | Order Granting (re: 1 Complaint filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). See order for details. (DAgostino, Holly) (Entered: 06/14/2007) |
| 06/14/2007 | 126 | Hearing Set (related document(s) 123 Motion to Compel Defendants to Arrange for Full Access to Property filed by Plaintiff Joseph M DiOrio, 124 Objection filed by Defendant 56 Associates, L.P. and 57 Associates, L.P. 125 Response filed by Plaintiff Joseph M DiOrio). Hearing scheduled for 6/27/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/14/2007) |
| 06/06/2007 | 125 | Response to *Defendant's Objection to Motion to Compel Defendants to Arrange for Full Access to the Property* Filed by Plaintiff Joseph M DiOrio re 124 Objection, filed by Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). (DiOrio, Joseph) (Entered: 06/06/2007) |
| 06/05/2007 | 124 | Objection Filed by Defendants 56 Associates, L.P., 57 Associates, L.P., Counter-Claimants 56 Associates, L.P., 57 Associates, L.P. re 123 Motion to Compel, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). (Delaney, William) (Entered: 06/05/2007) |

| | | |
|---|---|---|
| 05/23/2007 | 123 | Motion to Compel 56 Associates, LP, and 57 Associates, LP Arrange for full access of the property located at 165 Angell Street, Providence, RI Filed by Plaintiff Joseph M DiOrio. Objections to Motion Due: 6/5/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B) If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(DiOrio, Joseph) (Entered: 05/23/2007) |
| 05/04/2007 | | Matter Under Advisement Re:(related document:1 Complaint, filed by Plaintiff Joseph M DiOrio). Status Check re Matter Under Advisement on 7/3/2007. (DAgostino, Holly) (Entered: 05/04/2007) |
| 05/03/2007 | | Hearing Held (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). APPEARANCES: Delaney, DiOrio . Final arguments heard. Court took matter under advisement. (DAgostino, Holly) (Entered: 05/04/2007) |
| 04/27/2007 | 122 | Trial Held and Continued (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Appearances: Delaney, DiOrio, Palmer. Delaney calls Steven Dylag, cross by Palmer. Delaney calls Joseph Paolino Sr., cross by DiOrio. Delaney requested that the court rule on the oral motion to strike testimony by Peter Scotti that had previously been deferred. The Court continued the trial to allow Delaney more time to depose Peter Scotti. The Court allowed Delaney up until the trial resumes on Thursday 5/3/07 to depose Peter Scotti. Trial continued for 5/3/2007 at 11:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/30/2007) |
| 04/25/2007 | 121 | Trial Held and Continued (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Appearances: DiOrio, Delaney. Delaney conducted cross exam of Peter Scotti. Re-direct by DiOrio. Re-cross by Delaney. Re-direct by DiOrio. DiOrio rests. Delaney makes an oral motion to strike the report of Peter Scotti because Scotti provided no valuation of the Trustee's 50% interest in the subject property. The Court heard argument on the oral motion. After argument, the Court reserved ruling. Delaney called F. Moore McLaughlin. Cross by DiOrio. Re-direct by Delaney. Trial continued for 4/27/2007 at 09:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/26/2007) |
| 04/24/2007 | 120 | Trial Held and Continued (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Appearances: DiOrio, Delaney. DIroio gave a brief opening. DiOrio called William. F. Greene - cross by Delaney - re-direct by DiOrio. The Court asked questions of Greene. Based on the Court's questions, DiOrio conducted re-direct. Re-cross by Delaney. DiOrio calls William A. Hazel - cross by Delaney. DiOrio calls Peter Scotti. Trial continued for 4/25/2007 at 11:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/26/2007) |

| | | |
|---|---|---|
| 04/24/2007 | | ECF Corrective Entry- Document is linked incorrectly. Linkage created to correct relationship. (related document(s)119 Joint Pre-Trial Order, filed by Plaintiff Joseph M DiOrio, Defendants 56 Associates, L.P., 57 Associates, L.P. Joint Pretrial Order was linked to a hearing notice and not the complaint. (Cory, Lucinda) (Entered: 04/24/2007) |
| 04/23/2007 | 119 | Joint Pre-Trial Order (related document(s)1 Complaint . **With Exhibits** Filed by Plaintiff Joseph M DiOrio, Defendants 56 Associates, LP and 57 Associates, LP. (DiOrio, Joseph) Modified party filers on 4/24/2007 (DAgostino, Holly). Modified linkage on 4/24/2007 (Cory, Lucinda). (Entered: 04/23/2007) |
| 04/23/2007 | 118 | Memorandum of Law (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 04/23/2007) |
| 04/16/2007 | 117 | Court Notice (related document(s)113 Transcript, ). (related document(s)113 Transcript, ). . (DAgostino, Holly) (Entered: 04/16/2007) |
| 04/15/2007 | 116 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 112 Hearing) Service Date 04/15/2007. (Admin.) (Entered: 04/16/2007) |
| 04/15/2007 | 115 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 111 Order on Motion to Expedite Hearing) Service Date 04/15/2007. (Admin.) (Entered: 04/16/2007) |
| 04/14/2007 | 114 | Objection Filed by Defendants 56 Associates, L.P., 57 Associates, L.P., Counter-Claimants 56 Associates, L.P., 57 Associates, L.P. re 109 Motion to Expedite Hearing, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). (Delaney, William) (Entered: 04/14/2007) |
| 04/13/2007 | 113 | Transcript filed. Date of Hearing: 8/17/05. Parties have 5 business days to file a Notice of Redaction with the Court. If no such notice is filed, the transcript will be made electronically available to the general public Uploaded by Transcriber Company. Statement of Identifiers to be Redacted due by: 5/4/2007. (Fiore, Christine) (Entered: 04/13/2007) |
| 04/13/2007 | 112 | Hearing Set (related document(s)1 Complaint for Approval of Sale filed by Plaintiff Joseph M DiOrio). Trial date set for 4/24/2007 at 10:00 AM at 6th Floor Courtroom. A Joint Pre-Trial Order is due on 4/23/07. (DAgostino, Holly) (Entered: 04/13/2007) |
| 04/13/2007 | 111 | Order Granting 109 Motion to Expedite Trial by Plaintiff Joseph M. DiOrio. (DAgostino, Holly) (Entered: 04/13/2007) |
| 04/13/2007 | | Hearing Held (related document(s)109 Motion to Expedite Hearing, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). |

| | | |
|---|---|---|
| | | Appearances: Delaney & DiOrio. The Court held a telephonic hearing. After hearing, the court overruled Delaney's objection and granted the motion. Joint pre-trial order due by the end of the day on 4/23/07. Trial to start Tuesday, 4/24/07 at 10:00 AM. (DAgostino, Holly) (Entered: 04/13/2007) |
| 04/13/2007 | 110 | Hearing Set (related document(s)109 Motion to Expedite Trial filed by Plaintiff Joseph M DiOrio). Telephonic Hearing scheduled for 4/13/2007 at 2:00 PM. Parties called. (DAgostino, Holly) (Entered: 04/13/2007) |
| 04/12/2007 | 109 | Motion to Expedite Hearing Filed by Plaintiff Joseph M DiOrio (related document(s)1 Complaint). Objections to Motion Due: 4/19/2007. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(DiOrio, Joseph) Modified linkage on 4/13/2007 (DAgostino, Holly). (Entered: 04/12/2007) |
| 03/24/2007 | 108 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 107 Hearing) Service Date 03/24/2007. (Admin.) (Entered: 03/25/2007) |
| 03/22/2007 | 107 | Tiral Set (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio). Trial date set for 5/23/2007 at 10:00 AM at 6th Floor Courtroom. *Joint Pre-Trial Order due 5/15/07* (Davis, Jennifer) (Entered: 03/22/2007) |
| 03/22/2007 | | Status Hearing Held (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio). APPEARANCES: DiOrio, Delaney, O'Gara. Delaney's client doesn't want property sold. DiOrio said the issue is related to the Trustee's ability to sell the real estate. DiOrio requested a trial date. Joint Pre-Trial Order due 5/15/07. (deadline already exists per scheduling order). *Trial 5/23/07 at 10:00 a.m.* (2-day trial estimate) (Davis, Jennifer) (Entered: 03/22/2007) |
| 02/24/2007 | 106 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 103 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 02/24/2007. (Admin.) (Entered: 02/25/2007) |
| 02/24/2007 | 105 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 104 Scheduling Order, ) Service Date 02/24/2007. (Admin.) (Entered: 02/25/2007) |
| 02/22/2007 | 104 | Scheduling Order (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Discovery due by 4/30/2007; Dispositive and Pre-Trial Motions due 5/15/07; Pre-Trial Order due by 5/15/2007. Other provisions agreed to in teh 2/13/07 Discovery Plan filed by parties is approved. (DAgostino, Holly) (Entered: 02/22/2007) |
| 02/22/2007 | 103 | Status Hearing Held and Continued (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). |

| | | |
|---|---|---|
| | | Appearances: DiOrio, Delaney, O'Gara. DiOrio said the discovery plan is filed and parties will meet to set meetings. Trustee is advertising his 50% interest, settlement meeting is scheduled fro next week. Discovery is ongoing. Parties feel continued status will be helpful. Status hearing to be held on 3/22/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 02/22/2007) |
| 02/16/2007 | 102 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 100 Order on Motion to Extend Time) Service Date 02/16/2007. (Admin.) (Entered: 02/17/2007) |
| 02/14/2007 | 101 | ECF Corrective Entry- Incorrect party filer selected. Party filers 56 Associates L.P. and 57 Associates L.P. added. (related document(s)99 Discovery Plan filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio, Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). . (DAgostino, Holly) (Entered: 02/14/2007) |
| 02/14/2007 | 100 | Order Granting Motion to Extend Time to 2/13/07 to file Discovery Plan (Related Doc # 97) . (DAgostino, Holly) (Entered: 02/14/2007) |
| 02/13/2007 | 99 | Discovery Plan Filed by Plaintiff Joseph M DiOrio, Defendants 56 Associates, L.P., 57 Associates L.P. (DiOrio, Joseph) Modified party filers on 2/14/2007 (DAgostino, Holly). (Entered: 02/13/2007) |
| 02/02/2007 | 98 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 96 Order on Motion to Withdraw as Attorney) Service Date 02/02/2007. (Admin.) (Entered: 02/03/2007) |
| 02/02/2007 | 97 | Motion to Extend Time until February 13, 2007 to File a Discovery Plan Filed by Plaintiff Joseph M DiOrio (related document(s)1 Complaint). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(DiOrio, Joseph) Modified linkage on 2/5/2007 (DAgostino, Holly). (Entered: 02/02/2007) |
| 01/31/2007 | 96 | Order Granting Motion To Withdraw As Attorney by Michael A. Kelly for Defendants 56 Associates LP and 57 Associates LP (Related Doc # 95). Attorney Michael A. Kelly Terminated . (DAgostino, Holly) (Entered: 01/31/2007) |
| 01/29/2007 | 95 | Motion to Withdraw as Attorney Filed by Michael Kelly for Defendants 56 Associates, L.P. , 57 Associates, L.P. , Counter-Claimants 56 Associates, L.P. , 57 Associates, L.P. . (DAgostino, Holly) (Entered: 01/29/2007) |
| 01/26/2007 | 94 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 93 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 01/26/2007. (Admin.) |

| | | |
|---|---|---|
| | | (Entered: 01/28/2007) |
| 01/24/2007 | | Other Deadlines Updated (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio). **Discovery Plan Due by: 2/2/2007**. (See status hearing held on 1/24/07) (Davis, Jennifer) (Entered: 01/24/2007) |
| 01/24/2007 | 93 | Status Hearing Held AND Continued (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio). Parties gave details of the case. Parties will submit an agreed discovery plan by 2/2/07. Status hearing to be continued to 2/22/2007 at 10:00 AM at 6th Floor Courtroom. (Davis, Jennifer) (Entered: 01/24/2007) |
| 01/10/2007 | 92 | Notice of Appearance and Request for Notice Filed by William J. Delaney on behalf of 56 Associates, L.P., 57 Associates, L.P.. (Delaney, William) (Entered: 01/10/2007) |
| 01/06/2007 | 91 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 90 Hearing) Service Date 01/06/2007. (Admin.) (Entered: 01/07/2007) |
| 01/04/2007 | 90 | Status Hearing Set (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). Status hearing to be held on 1/24/2007 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 01/04/2007) |
| 07/19/2006 | | Hearing Held APPEARANCES: DiOrio, Kelly, DePasquale . (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). DiOrio gave an updated status report. DiOrio will file an application to compromise and petition for instructions to be set for hearing on 7/27/06 at 11:30 am. (DAgostino, Holly) (Entered: 07/19/2006) |
| 07/01/2006 | 89 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 88 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 07/01/2006. (Admin.) (Entered: 07/02/2006) |
| 06/29/2006 | 88 | Status Hearing Held and Continued (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, attorney from Michael Kelly's office. Court heard from DiOrio on the status of sale negotiations. Status hearing to be continued 7/19/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/29/2006) |
| 06/23/2006 | 87 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 86 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 06/23/2006. (Admin.) (Entered: 06/24/2006) |

| | | |
|---|---|---|
| 06/19/2006 | 86 | Status Hearing Held and Continued (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, Kelly, DePasquale and two individuals from the proposed purchaser. Parties indicated they will complete purchase & sale with proposed purchaser by the end of the week to sell the estate's interest in the subject real estate for $650,000. Purchaser will require a 45 day due diligence period. Kelly to work with Asian Paradise to firm up the terms of a lease. DiOrio will try to file a joint motion to approve the sale and the lease and the motion will be filed within one week. Status Conference continued 6/29/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/21/2006) |
| 06/18/2006 | 85 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 84 Hearing (AP)) Service Date 06/18/2006. (Admin.) (Entered: 06/19/2006) |
| 06/16/2006 | 84 | Hearing Set (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan . Hearing scheduled for 6/19/2006 at 04:00 PM at 6th Floor Courtroom. DiOrio given date telephonically. (Cory, Lucinda) (Entered: 06/16/2006) |
| 06/14/2006 | | Hearing Held APPEARANCES: DiOrio, Kelly, DePasquale . (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Parties are still working on a sale. Conference to be continued with someone present representing the purchaser. DiOrio to call court with a date for the continued conference. (DAgostino, Holly) (Entered: 06/14/2006) |
| 06/11/2006 | 83 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 82 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 06/11/2006. (Admin.) (Entered: 06/12/2006) |
| 06/09/2006 | 82 | Hearing Held and Continued (related document(s)53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Court held a chambers conference. DiOrio and Kelly appeared. DiOrio updated Court on sales and leasing prospects of property. Kelly dicussed the losses being suffered by having the property vacant. Court continued the matter to 6/14/06 to see if DiOrio can finalize a sales proposal. Status hearing to be held on 6/14/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/09/2006) |
| 06/03/2006 | 80 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 79 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 06/03/2006. (Admin.) (Entered: 06/04/2006) |

| | | |
|---|---|---|
| 06/01/2006 | 79 | Hearing Continued (related document(s)53 53 Petition for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, Kelly, DePasquale. DiOrio requested a chambers conference with regard to confidential pending offers. Spoke with potential national tenants as well. Trustee will probably seek to sell his interest in the property only. Trustee requested a continuance for 1 week. Court continued the matter for Friday June 9, 2006 at 2:00 PM. Status hearing to be held on 6/9/2006 at 02:00 PM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 06/01/2006) |
| 05/31/2006 | 78 | Witness Subpoena Issued on William Green for 5/20/06 at 11 am Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. . (DAgostino, Holly) (Entered: 05/31/2006) |
| 05/13/2006 | 77 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 76 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 05/13/2006. (Admin.) (Entered: 05/14/2006) |
| 05/11/2006 | | Hearing Not Held (re: 53 Trustee's Petition for Instructions and 64 Discovery Plan . Hearing date was vacated and a status hearing set for 6/1/06. (Cory, Lucinda) (Entered: 05/11/2006) |
| 05/11/2006 | 76 | Status Hearing held re53 Trustee's Petition for Instructions and 64 Discovery Plan . App: DiOrio, Mancini for Kelly. After a chambers conference the status hearing was continued to 6/1/2006 at 10:00 AM at 6th Floor Courtroom and the 5/25/06 hearing date vacated. (Cory, Lucinda) (Entered: 05/11/2006) |
| 04/29/2006 | 75 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 71 Hearing, ) Service Date 04/29/2006. (Admin.) (Entered: 04/30/2006) |
| 04/29/2006 | 74 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 72 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 04/29/2006. (Admin.) (Entered: 04/30/2006) |
| 04/29/2006 | 73 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 70 Hearing (Adv) Cont, Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 04/29/2006. (Admin.) (Entered: 04/30/2006) |
| 04/27/2006 | 72 | Hearing Continued (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). . Hearing scheduled for 5/25/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/27/2006) |
| 04/27/2006 | 71 | Status Hearing Set (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M |

| | | |
|---|---|---|
| | | DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Status hearing to be held on 5/11/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/27/2006) |
| 04/26/2006 | 70 | Hearing Held and Continued (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio, 64 Discovery Plan filed by Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Appearances: DiOrio, Kelly, DePasquale, Prentiss. Arguments by DiOrio and Kelly. William F. Greene called as witness. A status conference will be held in 2 weeks, May 11, 2006 at 10:00 am. A continued hearing on the Motion for Instructions and the Discovery Plan will take place in 30 days, scheduled for 5/25/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/27/2006) |
| 04/26/2006 | 69 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 67 Hearing (AP)) Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/26/2006 | 68 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 66 Order on Motion to Expedite Hearing) Service Date 04/26/2006. (Admin.) (Entered: 04/27/2006) |
| 04/24/2006 | 67 | Hearing Set (related document(s)64 Discovery Plan filed by C Plaintiff Joseph M DiOrio, Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). . Hearing scheduled for 4/26/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/24/2006) |
| 04/24/2006 | 66 | Order Denying Motion to Expedite Hearing re: #53 Petition for Instructions by Defendants 56 Associates, L.P., 57 Associates, L.P. (Related Doc # 65) . (DAgostino, Holly) (Entered: 04/24/2006) |
| 04/17/2006 | 65 | Motion to Expedite Hearing Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio). (DAgostino, Holly) (Entered: 04/17/2006) |
| 04/13/2006 | 64 | Discovery Plan Filed by Plaintiff Joseph M DiOrio, Defendants 56 Associates, L.P. and 57 Associates, L.P.. (DiOrio, Joseph) Modified party filers on 4/14/2006 (DAgostino, Holly). (Entered: 04/13/2006) |
| 04/12/2006 | 63 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 61 Hearing (AP)) Service Date 04/12/2006. (Admin.) (Entered: 04/13/2006) |
| 04/11/2006 | 62 | Affidavit of Joseph R. Paolino, Sr., Real Estate Broker (related document(s)53 Motion for Instructions filed by Plaintiff Joseph M DiOrio). (Davis, Jennifer) (Entered: 04/11/2006) |
| 04/10/2006 | 61 | Hearing Set (related document(s)53 Motion for Instructions filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Hearing |

| | | |
|---|---|---|
| | | scheduled for 4/26/2006 at 10:00 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 04/10/2006) |
| 04/06/2006 | 60 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 59 Order) Service Date 04/06/2006. (Admin.) (Entered: 04/07/2006) |
| 04/04/2006 | | Other Deadlines Updated (related document(s)59 Order approving stipulation extending time to file discovery plan). Discovery Plan Due by:4/7/2006. (DAgostino, Holly) (Entered: 04/04/2006) |
| 04/04/2006 | 59 | Order Approving (#57 Stipulation Extending Time to 4/7/06 for filing discovery plan) (DAgostino, Holly) (Entered: 04/04/2006) |
| 03/30/2006 | 58 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 54 Order) Service Date 03/30/2006. (Admin.) (Entered: 03/31/2006) |
| 03/29/2006 | 57 | Stipulation By Plaintiff Joseph M DiOrio, Defendant 56 Associates, LP and Defendant 57 Associates, LP (related document(s)48 Order on Motion to Extend Time). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) Modified on 3/30/2006 (DAgostino, Holly). (Entered: 03/29/2006) |
| 03/29/2006 | 56 | Addendum *to Petition for Instructions (Exhibit)* (related document(s)53 Generic Motion, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 03/29/2006) |
| 03/28/2006 | 55 | Declaration Re: Electronic Filing P4 (related document(s)52 Stipulation filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). . (Lanni, Christine) (Entered: 03/28/2006) |
| 03/28/2006 | | Discovery Plan re 1 Complaint Due by:3/29/2006. See 54 Order. (Cory, Lucinda) Modified on 3/29/2006 (McCurdy, Michelle). (Entered: 03/28/2006) |
| 03/28/2006 | 54 | Order Granting (#52 Stipulation Extending the Time to 3/29/06 to File Discovery Plan (Cory, Lucinda) (Entered: 03/28/2006) |
| 03/27/2006 | 53 | Motion Instructions Filed by Plaintiff Joseph M DiOrio. Objections to Motion Due: 4/10/2006. If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(DiOrio, Joseph) (Entered: 03/27/2006) |
| 03/23/2006 | | Withdrawal of Document (related document(s)51 Stipulation filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Withdrawn at the request of the filer. (DAgostino, Holly) (Entered: 03/23/2006) |
| 03/23/2006 | 52 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)48 Order on Motion to Extend Time). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) |

| | | |
|---|---|---|
| | | (Entered: 03/23/2006) |
| 03/23/2006 | 51 | Stipulation By Joseph M DiOrio Filed by Plaintiff Joseph M DiOrio (related document(s)48 Order on Motion to Extend Time). (DiOrio, Joseph) (Entered: 03/23/2006) |
| 03/03/2006 | 50 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 49 BNC Service of Document) Service Date 03/03/2006. (Admin.) (Entered: 03/04/2006) |
| 03/01/2006 | 49 | BNC Service of Document (related document(s)48 Order on Motion to Extend Time). . (DAgostino, Holly) (Entered: 03/01/2006) |
| 03/01/2006 | 48 | Order Granting Motion to Extend Time to: 3/23/06 to File Discovery Plan. Updated Deadline Due By:3/23/2006. (DAgostino, Holly) Additional attachment(s) added on 3/1/2006 (Venuti, Jody). (Entered: 03/01/2006) |
| 02/22/2006 | 47 | Motion to Extend Time until March 23, 2006 to to file discovery plan Filed by Plaintiff Joseph M DiOrio (related document(s) Update Other Deadlines (Adv), Update Other Deadlines (Adv)). If this is an Emergency Motion, the objection deadline will not apply and a new deadline will be set by the court. See Local Bankruptcy Rule 9013-2(e)(3).(DiOrio, Joseph) (Entered: 02/22/2006) |
| 02/13/2006 | | Other Deadlines Updated (related document(s)1 Complaint, filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Per chambers, parties must now file a discovery plan in 10 days, since the order has entered on the motion to dismiss counts I & II of the counterclaim and motion to compel. Advised attorneys DiOrio and Kelly this date. Discovery Plan Due by:2/23/2006. (DAgostino, Holly) (Entered: 02/13/2006) |
| 02/05/2006 | 46 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 44 BNC Service of Document) Service Date 02/05/2006. (Admin.) (Entered: 02/06/2006) |
| 02/05/2006 | 45 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 43 Judgment Order (ap/bk)) Service Date 02/05/2006. (Admin.) (Entered: 02/06/2006) |
| 02/03/2006 | 44 | BNC Service of Document (related document(s)42 Order, ). . (DAgostino, Holly) (Entered: 02/03/2006) |
| 02/03/2006 | 43 | Judgment Order (re:42 Order, ) (DAgostino, Holly) (Entered: 02/03/2006) |
| 02/03/2006 | 42 | Order Granting (#21 Plaintiff Jospeh M. DiOrio's Motion to Dismiss Counts I and II of Counterclaim and Denying 26 Motion to Compel Trustee to Consent and Excecute Lease Agreement by Defendants 56 Associates, L.P. and 57 |

| | | |
|---|---|---|
| | | Associates, L.P. ) (DAgostino, Holly) (Entered: 02/03/2006) |
| 01/25/2006 | | UPDATED Matter Under Advisement Re:(related document:21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel, filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.) Status Check re Matter Under Advisement on 3/27/2006. (DAgostino, Holly) (Entered: 01/25/2006) |
| 11/15/2005 | | UPDATED Matter Under Advisement Re:(related document:21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel, filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.) Status Check re Matter Under Advisement on 1/17/2006. (DAgostino, Holly) (Entered: 11/15/2005) |
| 08/31/2005 | | Matter Under Advisement Re:(related document:21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel Trustee to Consent and Execute Lease Agreements filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). Status Check re Matter Under Advisement on 10/31/2005. (DAgostino, Holly) (Entered: 08/31/2005) |
| 08/27/2005 | 41 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 39 Generic Order) Service Date 08/27/2005. (Admin.) (Entered: 08/28/2005) |
| 08/26/2005 | 40 | Letter from Defendants' attorney Michael A. Kelly (related document(s)26 Motion to Compel Trustee to Execute Lease Agreement filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.). (Attachments: # 1 Exhibit) (DAgostino, Holly) (Entered: 08/26/2005) |
| 08/25/2005 | 39 | Order Granting 38 Motion to File Documents Under Seal). (DAgostino, Holly) (Entered: 08/25/2005) |
| 08/25/2005 | 38 | Motion File Documents Under Seal Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. . Objections to Motion Due: 9/7/2005. (DAgostino, Holly) (Entered: 08/25/2005) |
| 08/18/2005 | | Hearing Held (related document(s) 21 Motion to Dismiss Counts I and II filed by Plaintiff Joseph M DiOrio, 30 Objection, filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 26 Motion to Compel Trustee to Execute Lease Agreement filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 29 Objection filed by Plaintiff Joseph M DiOrio). Appearances: DiOrio, Kelly. Joseph Paolino, Sr. called by Kelly, cross by DiOrio. Defendant's Exhibits 1-7 full. Lunch recess. After recess, DiOrio calls William F. Greene. Kelly objects to Greene as expert witness. Court overrules objection. Plaintiff offers Exhibit A, objection by Kelly. Court overrules objection and allows plaintiff's Exhibit A as full. Cross by Kelly, redirect by DiOrio, re-cross by Kelly, 2nd re-direct by DiOrio. Kelly requests additional time to file financial statement/credit report in support of arguments. DiOrio |

| | | |
|---|---|---|
| | | has no objection. Financial statement to be filed the week of 9/6/05, then matter to go under advisement. Brief due by: 9/6/2005. (DAgostino, Holly) (Entered: 08/18/2005) |
| 08/13/2005 | 37 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 36 Hearing (Bk) Cont, Hearing (Bk) Cont, Hearing (Bk) Cont) Service Date 08/13/2005. (Admin.) (Entered: 08/14/2005) |
| 08/11/2005 | 36 | Hearing held re 21 Generic Motion filed by Plaintiff Joseph M DiOrio, 26 Motion to Compel filed by Defendant 56 Associates, Defendant 57 Associates. 30 Objection Defendant 56 Associates, Defendant 57 Associates 29 Objection filed by Plaintiff Joseph M DiOrio. App: Kelley, Lawson, DiOrio. Court hearing oral arguments on the Motion to Dismiss and reserved decision. Court then heard arguments on the Motion to Compel and continued the hearing for evidence. Hearing scheduled for 8/17/2005 at 11:00 AM at 6th Floor Courtroom. (Cory, Lucinda) (Entered: 08/11/2005) |
| 08/06/2005 | 35 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 34 Hearing (Adv) Cont, Hearing (Adv) Cont) Service Date 08/06/2005. (Admin.) (Entered: 08/07/2005) |
| 08/04/2005 | 34 | Hearing Continued (related document(s) 21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 30 Objection by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 26 Motion to Compel Trustee to Execute and Consent to Lease Agreements filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 29 Objection filed by Plaintiff Joseph M DiOrio, ). Hearing scheduled for 8/11/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 08/04/2005) |
| 07/14/2005 | 33 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 31 Hearing (AP), Hearing (AP), Hearing (AP)) Service Date 07/14/2005. (Admin.) (Entered: 07/15/2005) |
| 07/13/2005 | 32 | Declaration Re: Electronic Filing P4 (related document(s)29 Objection filed by Plaintiff Joseph M DiOrio). See affidavit filed as exhibit. (DAgostino, Holly) (Entered: 07/13/2005) |
| 07/12/2005 | 31 | Hearing Set (related document(s) 21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio, 30 Objection filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P.; 26 Motion to Compel Joseph M. DiOrio To Execute and Consent to Lease Agreements filed by Defendant 56 Associates, L.P., Defendant 57 Associates, L.P., 29 Objection filed by Plaintiff Joseph M DiOrio). Hearing scheduled for 8/4/2005 at 09:30 AM at 6th Floor Courtroom. (DAgostino, Holly) (Entered: 07/12/2005) |

| | | |
|---|---|---|
| 06/30/2005 | 30 | Objection Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. re 21 Motion to Dismiss Counterclaim filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). (Attachments: # 1 Memorandum of Law) (DAgostino, Holly) (Entered: 07/05/2005) |
| 06/27/2005 | 29 | Objection *to Motion to Compel the Chapter 7 Trustee to Execute and Consent to a Certain Lease Agreement* Filed by Plaintiff Joseph M DiOrio re 26 Motion to Compel, filed by Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). (Attachments: # 1 Memorandum of Law in Support of Objection to Motion to Compel the Chapter 7 Trustee to Execute and Consent to a Certain Lease Areement# 2 Affidavit of William Greene) (DiOrio, Joseph) (Entered: 06/27/2005) |
| 06/23/2005 | 28 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 27 Order) Service Date 06/23/2005. (Admin.) (Entered: 06/24/2005) |
| 06/21/2005 | | Objection/Response Deadline Updated (related document(s)21 Motion to Dismiss Counts I and II of Counterclaim filed by Plaintiff Joseph M DiOrio). Objections to Motion Due: 6/30/2005. (DAgostino, Holly) (Entered: 06/21/2005) |
| 06/21/2005 | 27 | Order Approving (#24 Stipulation extending time to 6/30/05 for filing objections to 21 Motion to Dimiss Counts I and II) (DAgostino, Holly) (Entered: 06/21/2005) |
| 06/16/2005 | 26 | Motion to Compel Joseph M. DiOrio To Execute and Consent to Lease Agreement Filed by Defendants 56 Associates, L.P. , 57 Associates, L.P. . Objections to Motion Due: 6/29/2005. (Attachments: # 1 Memorandum of Law # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C) (DAgostino, Holly) (Entered: 06/17/2005) |
| 06/16/2005 | 25 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 23 Order) Service Date 06/16/2005. (Admin.) (Entered: 06/17/2005) |
| 06/16/2005 | 24 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)21 Generic Motion filed by Counter-Defendant Joseph M DiOrio, Plaintiff Joseph M DiOrio). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 06/16/2005) |
| 06/14/2005 | 23 | Order Denied Without Prejudice (#22 Stipulation extending time for responses to 21 Motion to Dismiss Counts 1 and 2). Stipulation denied as no reasons were given for the requested extension. (DAgostino, Holly) (Entered: 06/14/2005) |
| 06/13/2005 | 22 | Stipulation By Plaintiff Joseph M DiOrio, Defendant 56 Associates LP and Defendant 57 Associates LP (related document(s)21 Generic Motion filed by |

| | | |
|---|---|---|
| | | Plaintiff Joseph M DiOrio). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) Modified party filers on 6/14/2005 (McCurdy, Michelle). (Entered: 06/13/2005) |
| 05/31/2005 | 21 | Motion To Dismiss Counts 1 and 2 of Counterclaim Filed by Plaintiff Joseph M DiOrio. Objections to Motion Due: 6/13/2005. (Attachments: # 1 Memorandum of Law In Support of Motion to Dismiss) (DiOrio, Joseph) Modified text on 7/12/2005 (DAgostino, Holly). (Entered: 05/31/2005) |
| 05/19/2005 | 20 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 19 Order) Service Date 05/19/2005. (Admin.) (Entered: 05/20/2005) |
| 05/17/2005 | | Updated Answer Deadline. Answer Due from Joseph M DiOrio (related document(s)14 Answer to Complaint and Counterclaim. Counterclaim Answer Due by:6/1/2005. (Cory, Lucinda) (Entered: 05/17/2005) |
| 05/17/2005 | 19 | Order Granting Motion to Extend Time to Answer Counterclaim to 6/1/05 (#14 Answer to Complaint and Counterclaim. (Cory, Lucinda) (Entered: 05/17/2005) |
| 05/13/2005 | 18 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 16 Order) Service Date 05/13/2005. (Admin.) (Entered: 05/14/2005) |
| 05/12/2005 | 17 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)14 Answer to Complaint,, Counterclaim, filed by Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 05/12/2005) |
| 05/11/2005 | 16 | Order Denying Without Prejudice (#15 Stipulation extending time to answer counterclaim.) Stipulation denied as the parties have provided no information why the extension is required (DAgostino, Holly) (Entered: 05/11/2005) |
| 05/09/2005 | 15 | Stipulation By Plaintiff Joseph M DiOrio (related document(s)14 Answer to Complaint,, Counterclaim, filed by Counter-Claimant 56 Associates, L.P., Defendant 56 Associates, L.P., Counter-Claimant 57 Associates, L.P., Defendant 57 Associates, L.P.). Filed by Plaintiff Joseph M DiOrio. (DiOrio, Joseph) (Entered: 05/09/2005) |
| 04/25/2005 | | Updated Answer Deadline. Answer Due from Joseph M DiOrio (related document(s)14 Answer & Counterclaim, filed by Counter-Claimants 56 Associates, L.P. and 57 Associates L.P. Counterclaim Answer Due by:5/10/2005. (DAgostino, Holly) (Entered: 04/25/2005) |
| 04/25/2005 | 14 | Answer to Complaint and Counterclaim by 56 Associates, L.P. , 57 Associates, L.P. against Joseph M DiOrio Filed by 56 Associates, L.P. , 57 Associates, L.P. (related document(s)1 Complaint, filed by Plaintiff Joseph M |

| | | |
|---|---|---|
| | | DiOrio). Filed on 4/20/05 (Attachments: # 1 Exhibit A# 2 Exhibit B)(DAgostino, Holly) (Entered: 04/25/2005) |
| 04/23/2005 | 13 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 12 Order) Service Date 04/23/2005. (Admin.) (Entered: 04/24/2005) |
| 04/21/2005 | | Updated Answer Deadline. Answer Due from 56 Associates, L.P. ; 57 Associates, L.P. (related document(s)12 Order approving stipulation extending time to answer complaint). Answer Due by:4/20/2005. (DAgostino, Holly) (Entered: 04/21/2005) |
| 04/21/2005 | 12 | Order Approving (#11 Stipulation extending time to 4/20/05 for the defendants to answer the complaint) (DAgostino, Holly) (Entered: 04/21/2005) |
| 04/18/2005 | 11 | Stipulation By Defendants 56 Associates, L.P. , 57 Associates, L.P. , Plaintiff Joseph M DiOrio (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio) extending time to answer complaint to 4/20/05. (Cory, Lucinda) (Entered: 04/19/2005) |
| 04/15/2005 | 10 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 9 Order) Service Date 04/15/2005. (Admin.) (Entered: 04/16/2005) |
| 04/13/2005 | | Updated Answer Deadline. Answer Due from 56 Associates, L.P. ; 57 Associates, L.P. (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). . Answer Due by:4/14/2005. (DAgostino, Holly) (Entered: 04/13/2005) |
| 04/13/2005 | 9 | Order Approving (#7 Stipulation by Joseph M. DiOrio, 56 Associates and 57 Associates extending time to 4/15/05 for defendants to file an answer) (DAgostino, Holly) (Entered: 04/13/2005) |
| 04/08/2005 | 8 | BNC Certificate of Mailing - PDF Document. (RE:related documents(s) 6 Order) Service Date 04/08/2005. (Admin.) (Entered: 04/09/2005) |
| 04/07/2005 | 7 | Stipulation By Defendants 56 Associates, L.P. , 57 Associates, L.P. , Plaintiff Joseph M DiOrio (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). Parties agree that the defendants shall have up until 4/15/05. (DAgostino, Holly) (Entered: 04/08/2005) |
| 04/06/2005 | | Updated Answer Deadline. Answer Due from 56 Associates, L.P. ; 57 Associates, L.P. (related document(s)1 Complaint, filed by Plaintiff Joseph M DiOrio). . Answer Due by:4/7/2005. (DAgostino, Holly) (Entered: 04/06/2005) |
| 04/06/2005 | 6 | Order Approving #5 Stipulation by Plaintiff Joseph M. DiOrio and Defendants 56 Associates, LP and 57 Associates, LP to extend time to 4/7/05 for |

| | | |
|---|---|---|
| | | defendants to answer complaint. (DAgostino, Holly) (Entered: 04/06/2005) |
| 03/30/2005 | 5 | Stipulation Extending Time to Answer By Defendants 56 Associates, L.P., 57 Associates, L.P., Plaintiff Joseph M DiOrio (related document(s)1 Complaint filed by Plaintiff Joseph M DiOrio). (DAgostino, Holly) (Entered: 03/31/2005) |
| 03/02/2005 | 4 | Summons Service Executed on 56 Associates, L.P. 3/1/2005; 57 Associates, L.P. 3/1/2005 . (DAgostino, Holly) (Entered: 03/03/2005) |
| 03/02/2005 | | Attorney Joseph M. DiOrio for Joseph M DiOrio (Plaintiff) added to case (DAgostino, Holly) (Entered: 03/02/2005) |
| 03/02/2005 | | Judge Arthur N. Votolato added to case. . (DAgostino, Holly) (Entered: 03/02/2005) |
| 03/01/2005 | 3 | Receipt of filing fee for Complaint(1:05-ap-01011) [cmp,cmp] ( 150.00). Receipt number 276271, amount $ 150.00. (U.S. Treasury) (Entered: 03/01/2005) |
| 03/01/2005 | 2 | Summons Issued on 56 Associates, L.P. , 57 Associates, L.P. Summons Issued (DiOrio, Joseph) (Entered: 03/01/2005) |
| 03/01/2005 | 1 | 458 (Approval For Sale): Complaint by Joseph M DiOrio against 56 Associates, L.P., 57 Associates, L.P. *pursuant to 11 U.S.C. section 363(h)* Fee Amount $150. Answer Due by:3/31/2005. U.S. Governmental Agency Answer due by 4/5/2005. (DiOrio, Joseph). (Entered: 03/01/2005) |