AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

56 Associates, LLP, et al

V.

Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg

**APPEARANCE**

Case Number: 1:07-CV-00222-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg.

I certify that I am admitted to practice in this court.

7/11/2007
Date

/s/ Gardner H. Palmer, Jr.
Signature

Gardner H. Palmer Jr., Esq. — 3707
Print Name — Bar Number

Law Office of Joseph M. DiOrio, Inc. 10 Dorrance St. Ste 1200
Address

Providence — RI — 02903
City — State — Zip Code

(401) 632-0911 — (401) 632-0751
Phone Number — Fax Number

CERTIFICATION

I hereby certify that on the 11th day of July, 2007, a copy of the within Entry of Appearance was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

William Delaney, Esq.
Richard A. Licht, Esq.
Tillinghast Licht, LLP
10 Weybosset Street, Suite 100
Providence RI 02903

Joseph M. DiOrio, Esq.
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903

/s/ Gardner H. Palmer, Jr.