UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island<br>Limited Liability Partnership and<br>57 ASSOC., A Rhode Island<br>Limited Liability Partnership,<br>Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-ML |
| JOSEPH M. DIORIO, CHAPTER 7<br>Trustee OF ARNOLD KILBERG,<br>Appellee | : | |

MOTION TO SCHEDULE IMMEIDATE HEARING ON MOTION
FOR INSTRUCTIONS AND MEMORANDUM IN SUPPORT THEREOF

NOW COME the Appellants in the above-captioned matter by and through their counsel, and hereby respectfully move this Court to immediately schedule a hearing on the Appellants Motion for Instructions dated July 7, 2007 (the "Motion").

In response to the Motion, the Appellee has filed a Response to the Motion, entered on July 11, 2007. To date, this Court has not scheduled a hearing on the Motion.

In support of this motion, the Appellants respectfully submit that the Appellee is in the process of obtaining an offer (the “Offer”) to purchase certain real estate owned by each of the parties located at 165 Angell Street, Providence, Rhode Island (the "Property"), which Property is the subject of the instant appeal. The party expected to submit the Offer to the Appellee is Brown University ("Brown"), an entity in which the Appellants have had a working relationship for many years.

For the basis as set forth in the Motion, the Appellants believe that without the ability to speak with representatives of Brown prior to the submission of the Offer, the Appellants will

be greatly prejudiced in ascertaining the true range of value for the Property as well as whether the Offer is adequate given the particulars of the issues presented to this Court on appeal.

Therefore, in light of the foregoing, the Appellants respectfully request that this Court immediately schedule a hearing on the Motion.

Respectfully Submitted,
Defendants,
By Their Attorneys,

/s/ William J. Delaney
William J. Delaney (#3643)
Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
rlicht@tllaw.com

Dated: August 15, 2007

CERTIFICATION

I hereby certify that on the 15th day of August, 2007, a copy of the within Request for Hearing was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;450982;1