UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

56 Assoc., A Rhode Island Limited Partnership and 57 Assoc., A Rhode Island Limited Partnership,
Appellants,

v. Case No. 07-00222-RL

Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg,
Appellee.

**RESPONSE OF TRUSTEE TO APPELLANTS' MOTION TO SCHEDULE AN IMMEDIATE HEARING**

Joseph M. DiOrio, Chapter 7 Trustee of the Estate of Arnold Kilberg (the "Trustee") responds to the Motion to Schedule Immediate Hearing on Motion for Instruction. The Trustee defers to the Court as to whether a hearing is necessary or appropriate. The Trustee renews his request that Appellants be instructed to have no communication with Brown University or any other prospective bidder for the property located at 165 Angell Street, Providence, Rhode Island (the "Property") and relies on his arguments presented in his Response of Trustee to Appellants' Motion for Instructions filed with this Court on July 11, 2007.

WHEREFORE, the Trustee respectfully renews his request that Appellants be instructed to refrain from communicating with Brown or any prospective bidder for the Property.

Respectfully submitted:

/s/ Joseph M. DiOrio

Joseph M. DiOrio, Esq. (#2616)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, Rhode Island 02903
(401) 632-0911 / Fax: (401) 632-0751
jmdiorio@dioriolaw.com

Dated: August 15, 2007

## CERTIFICATION

I hereby certify that, on the 15th day of August, 2007, I caused to be served the within document, either electronically through the CM/ECF system or by first class mail, postage prepaid, to the following:

William J. Delaney, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

Richard A. Licht, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903

/s/ Joseph M. DiOrio