UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island<br>Limited Liability Partnership and<br>57 ASSOC., A Rhode Island<br>Limited Liability Partnership,<br>Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-RL |
| JOSEPH M. DIORIO, CHAPTER 7<br>Trustee OF ARNOLD KILBERG,<br>Appellee | : | |

SUBMISSION OF AFFIDAVIT IN ADVANCE OF CHAMBERS CONFERENCE

NOW COME the Appellants in the above-captioned matter and in advance of a Chambers Conference scheduled for August 27, 2007, hereby submits the affidavit marked as Exhibit A (the "Affidavit") of Joseph R. Paolino, Sr., a limited partner of 57 Associates, A Rhode Island Limited Partnership for this Court's review. The Appellants furnish the Affidavit as a supplement to their Motion for Instructions previously filed with this Court.

Respectfully Submitted,
Appellants,
By Their Attorneys,

/s/ William J. Delaney
William J. Delaney (#3643)
Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
rlicht@tllaw.com

Dated: August 24, 2007

CERTIFICATION

I hereby certify that on the 24th day of July, 2007, a copy of the within Motion and Memorandum was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Gardner H. Palmer, Jr., Esq.
Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;451354;1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., a Rhode Island Limited Liability Partnership and 57 ASSOC., a Rhode Island Limited Liability Partnership, Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-RL |
| JOSEPH M. DIORIO, CHAPTER 7 TRUSTEE OF ARNOLD KILBERG, Appellee | : | |

AFFIDAVIT OF JOSEPH R. PAOLINO, SR.

JOSEPH R. PAOLINO, SR., being duly sworn deposes and says:

1. Your Deponent is a resident of Rhode Island, a limited partner of 57 ASSOC., a Rhode Island Limited Liability Partnership ("Associates"), one of the Appellants herein and fully familiar with the particulars in this matter.

2. Your Deponent is aware that Associates has held, for at least twenty (20) years, an undivided 1/4 interest in that certain real property located at 165 Angell Street, Providence, Rhode Island (the "Property"), which Property is the subject matter of the instant appeal.

3. Your Deponent has been involved in real estate development and operations, both commercial and residential, for some sixty (60) years in Rhode Island.

Exhibit A

4. Your Deponent has extensive experience in commercial real estate, including, but not limited to, the Property, and is fully familiar with the 'goings on' in the locale where the Property is located.

5. The owner of the property abutting the Property on either side as well as across the street is Brown University ("Brown").

6. Directly across the street from the Property, Brown has begun to develop a high rise building, with an estimated value in excess of several million dollars.

7. Your Deponent has had extensive experience in dealing with representatives of Brown, including, but not limited to, transactions involving the transfer of title of certain real estate properties to Brown, including 107 Angell Street, Providence, RI (the “Paolino Building”). In addition, Brown named 107 Angell Street, Providence, RI ‘The Paolino Building’ in your Deponent and his family’s honor around 2000.

8. Your Deponent is aware that Brown is interested in purchasing the Property and has had a series of discussions with Joseph M. D'Orio, the Trustee of the Estate of Arnold Kilburg (the "Trustee") who holds a fifty percent ownership interest in the Property.

9. Brown's prior discussions with the Trustee have resulted in offers to purchase the Property submitted to the Trustee.

10. The litigation in the Bankruptcy Court for the District of Rhode Island (the "Bankruptcy Court") resulted in an order permitting the Trustee to sell the entire ownership interest in the Property, including that of Associates.

11. Subsequent to the entry of the order of the Bankruptcy Court granting the Trustee the power to sell the Property, your Deponent had been made aware by and through his counsel,

that the Trustee has resumed discussions with Brown concerning the purchase of the Property from the Trustee and a revised offer from Brown to purchase the Property, subject to the approval of the Bankruptcy Court, is expected at any time.

12. Your Deponent desires the opportunity to speak with representatives of Brown in order to ascertain the perimeters by which Brown is willing to make an offer to purchase the Property. Your Deponent's request is based upon his continuing\ongoing relationship with Brown, which has spanned some 15 years since the administration of Vartan Gregorian at Brown.

13. Your Deponent believes that it is in Associates best interest to engage in a dialogue with Brown concerning its desire to purchase the Property in order to maximize its value given the decision of the Bankruptcy Court ordering the sale of the Property, which order is currently on appeal before this Court. The Trustee has indicated his reluctance to permit your Deponent the unfettered ability to communicate with representatives of Brown, hence, this affidavit has been prepared for the Court's review.

14. Without the ability for your Deponent to discuss the particulars of Brown's intention to purchase the Property, Associates will, in your Deponent's opinion, be irreparably harmed.

15. Your Deponent has no ulterior motive in requesting his ability to meet with representatives of Brown to discuss Brown's intention to purchase the Property, but only to maximize the value of Brown's offer to purchase the Property and therefore, to Associates.

16. Your Deponent believes that his relationship with Brown emanating from the donation of the Paolino Building to Brown puts him in a position to gauge whether Brown's

intention to purchase the Property is in line with the appraisal of the Property co-commissioned by Associates (the "Appraisal"), which Appraisal places a value on the Property of $2,100,000.

17. Your Deponent makes this Affidavit freely and voluntarily.

Joseph R. Paolino, Sr.

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

In Providence, in said County, on the 24th day of August, 2007, before me personally appeared the above-named Joseph R. Paolino, Sr., to me known and known by me to be the party executing the foregoing instrument, and he acknowledged said instrument by him executed to be his free act and deed.

Notary Public

William J. Delaney, Notary Public. My Commission Expires June 27, 2009

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;451287;1