UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | : | |
| ARNOLD KILBERG, | : | Case No. 04-10632-ANV |
| Debtor | : | Chapter 7 |
| | : | |
| JOSEPH M. DIORIO, CHAPTER 7 | : | |
| TRUSTEE OF ARNOLD KILBERG, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. Pro. No. 05-01011 |
| | : | |
| 56 ASSOC., A Rhode Island | : | |
| Limited Liability Partnership and | : | |
| 57 ASSOC., A Rhode Island | : | |
| Limited Liability Partnership, | : | |
| Defendants. | : | |

**APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

NOW COME the Appellants in the above captioned matter and pursuant to Fed. R. Bankr. P. 8006, hereby furnishes their Designation of Record and Statement of Issues on Appeal.

Concerning the Designation of Record, on June 14, 2007, the Appellants designate the following:

1. Document No. 128, the Judgment Order entered by this Court granting/denying the Complaint, entered on June 14, 2007.

2. Document No. 129, the Appellants Notice of Appeal to this Order entered on June 16, 2007.

3. Document No. 130, the Appellants District Court Election entered on June 16, 2007.

4. Document No. 1, 458 Complaint, entered on March 1, 2005.

5. Document No. 119, Joint Pre-Trial Order, entered on April 23, 2007.

6. Document No. 127, Order Granting, entered on June 14, 2007.

The Appellants have requested the stenographic record this past week with the Office of Clerk of Court.

Concerning the statement of issues on appeal, the Appellants submit that primary issue is whether this Court was correct in granting the relief requested in the Trustee's Complaint. In addition, the Appellants respectfully submit that the following additional issues are pertinent to their appeal:

1. Was it proper for this Court to adopt the argument by the Trustee on May 7, 2007 as this Court's findings of fact and conclusions of law? Specifically, did the Trustee actally establish the value of his interest in the property?

2. Was this Court correct in concluding that the sale of the property at issue in which the bankruptcy estate owns less than a one hundred percent interest over the co-owner's objection if certain conditions were met was authorized?

3. Was partition in kind of such property among the estate and such co-owners impracticable?

4. Would the sale of the estate's undivided interest in such property realize significantly less for the estate than the sale of such property free of the interest of such co-owners?

5. Was the benefit to the estate of the sale of the property free of interest of the co-owners outweigh the detriment, if any, to such co-owners?

The Appellants reserve the right, should events so warrant, to amend this designation of record and statement of issues on appeal.

Respectfully submitted,
Appellants,
By their Attorneys

/s/ William J. Delaney

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: June 24, 2007

CERTIFICATION

I hereby certify that on the 24th day of June, 2007, a copy of the within Designation of Record and Statement of Issues on Appeal was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\:ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;448679;1