UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | : | |
| ARNOLD KILBERG, | : | Case No. 04-10632-ANV |
| Debtor | : | Chapter 7 |
| ______________________________ | : | |
| JOSEPH M. DIORIO, CHAPTER 7 | : | |
| TRUSTEE OF ARNOLD KILBERG, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. Pro. No. 05-01011 |
| | : | |
| 56 ASSOC., A Rhode Island | : | |
| Limited Liability Partnership and | : | |
| 57 ASSOC., A Rhode Island | : | |
| Limited Liability Partnership, | : | |
| Defendants. | : | |

**ADDENDUM TO**
**APPELLANT'S DESIGNATION OF RECORD**
**AND STATEMENT OF ISSUES ON APPEAL**

NOW COME the Appellants in the above-captioned matter and hereby through this pleading, wish the Clerk of Court to further enclose all of the Exhibits from Trial in April and May, 2007 as a portion of the record to be transmitted to the United States District Court for the District of Rhode Island.

This Addendum supplements the pleading filed by the Appellants on June 24, 2007.

Respectfully submitted,
Appellants,
By their Attorneys

/s/ William J. Delaney
______________________________

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: June 25, 2007

## CERTIFICATION

I hereby certify that on the 25th day of June, 2007, a copy of the within Addendum of Designation of Record and Statement of Issues on Appeal was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

______________________________

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;448721;1