UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: ARNOLD KILBERG, Debtor | : | Case No. 04-10632-ANV Chapter 7 |
| JOSEPH M. DIORIO, CHAPTER 7 TRUSTEE OF ARNOLD KILBERG, Plaintiff | : | |
| v. | : | Adv. Pro. No. 05-01011 |
| 56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership, Defendants. | : | |

**SECOND ADDENDUM TO APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

NOW COME the Appellants in the above-captioned matter and hereby through this pleading, wish the Clerk of Court to further enclose the Exhibits to the Joint Pre-Trial Order, Document No. 119, entered on April 23, 2007. This Second Addendum supplements the pleading previously filed by the Appellants on June 24, 2007, Document No 136 and on June 25, 2007, Document No. 137.

The Appellant reserves the right to amend this Designation of additional items to be included in the record.

Respectfully submitted,
Appellants,
By their Attorneys

/s/ William J. Delaney

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com

Dated: July 9, 2007

CERTIFICATION

I hereby certify that on the 9th day of June, 2007, a copy of the within Second Addendum of Designation of Record and Statement of Issues on Appeal was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;449270;1