UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership, Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-ML |
| JOSEPH M. DIORIO, CHAPTER 7 Trustee OF ARNOLD KILBERG, Appellee | : | |

MOTION TO EXTEND TIME REGARDING BRIEF SCHEDULE
OR IN THE ALTERNATIVE, TO AMEND ORDER REGARDING
BRIEFING SCHEDULE AND MEMORANDUM IN SUPPORT THEREOF

NOW COME the Appellants in the above-captioned matter and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby request this Court for an extension of time from the Order Regarding Briefing Schedule entered by this Court on September 18, 2007 (the "Order"), which Order sets forth the timing of the filing of briefs in connection with the instant appeal.

In support of their motion, counsel to the Appellants respectfully submits that he has recently tendered his resignation from his firm and is about to move offices within the next week. Towards that end, the files pertinent to this matter will remain with counsel and the current schedule as set forth in the Order does not permit a reasonable amount of time to adequately prepare, review, edit and eventually file the initial brief of the Appellants as called for under the Order. Counsel suggests/requests a twenty (20) day extension to October 24, 2007.

In the alternative, counsel to the Appellants suggests that the Order be amended to add an additional twenty (20) days to comply with the briefing schedule as set forth in the Order.

In light of the foregoing, counsel to the Appellants respectfully requests that this Court either extend the time to file the initial brief for the Appellants an additional twenty (20) days, or in the alternative, amend the Order an additional twenty (20) days, or enter an order providing an alternative deadline for the filing of the initial brief of the Appellants.

Respectfully Submitted,
Appellants,
By Their Attorneys,

/s/ William J. Delaney

William J. Delaney (#3643)
Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
rlicht@tllaw.com

Dated: September 28, 2007

CERTIFICATION

I hereby certify that on the 28th day of September, 2007, a copy of the within Motion to Extend Time was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;452758;2