**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

56 Assoc., A Rhode Island Limited Liability Partnership and 57 Assoc., A Rhode Island Limited Liability Partnership,
Appellants,

v.

Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg,
Appellee.

Case No. 07-00222-L

**ORDER ON APPELLANTS' MOTION FOR INSTRUCTIONS**

After hearing and upon consideration of Appellants' Motion For Instructions (the "Motion"), and for the reasons stated at the hearing, it is hereby

ORDERED:

1. That the relief requested by Appellants in the Motion is denied;
2. Appellants are directed not to communicate with representatives of Brown University or its officers, employees or agents concerning the real estate located at 165 Angell Street, Providence, Rhode Island.

ORDER:

By: ______________________

ENTER:

______________________
Judge Ronald R Lagueux.
U.S. District Court

Presented by:

/s/ Joseph M. DiOrio
Joseph M. DiOrio, Esq.
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, Rhode Island 020903