UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership, Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-ML |
| JOSEPH M. DIORIO, CHAPTER 7 Trustee OF ARNOLD KILBERG, Appellee | : | |

MOTION TO EXTEND TIME REGARDING BRIEF SCHEDULE
OR IN THE ALTERNATIVE, TO AMEND ORDER REGARDING
BRIEFING SCHEDULE AND MEMORANDUM IN SUPPORT THEREOF

NOW COME the Appellants in the above-captioned matter and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby request this Court for an extension of time from the Order Regarding Briefing Schedule entered by this Court on September 18, 2007 (the "Order"), which Order sets forth the timing of the filing of briefs in connection with the instant appeal.

In support of their motion, counsel to the Appellants respectfully submits that he has recently tendered his resignation from his firm and is about to move offices within the next week. Towards that end, the files pertinent to this matter will remain with counsel and the current schedule as set forth in the Order does not permit a reasonable amount of time to adequately prepare, review, edit and eventually file the initial brief of the Appellants as called for under the Order. Counsel suggests/requests a twenty (20) day extension to October 24, 2007.

In the alternative, counsel to the Appellants suggests that the Order be amended to add an additional twenty (20) days to comply with the briefing schedule as set forth in the Order.

Granted to Oct. 24, 2007;
Ronald R. Lagueux
Sr. USDJ 10/16/07

(14)