UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership, Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-RL |
| JOSEPH M. DIORIO, CHAPTER 7 Trustee OF ARNOLD KILBERG, Appellee | : | |

EMERGENCY MOTION TO EXTEND TIME TO FILE BRIEF
AND MEMORANDUM IN SUPPORT THEREOF

NOW COME the Appellants in the above-captioned matter and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby request this Court for an extension of time to file its brief from October 24, 2007 to November 2, 2007 in this matter plus the companion cases on appeal.

In support of their motion, counsel to the Appellants respectfully submits that his father, a resident of Albany, New York, eighty-seven years old and suffering from a form of Alzheimer's, will be undergoing stomach surgery which surgery has been rescheduled for Monday, October 22, 2007. Counsel's mother, also eighty-seven years old, has been incapacitated since late July with a hip fracture, which resulted in a total hip replacement and is continuing her recovery. They still reside at their personal residence in Albany, New York. Notwithstanding care givers for each of his parents, counsel has the Power of Health Care Attorney for his father and may be

called upon to exercise certain health care directives regarding his father's surgery and medical condition both pre and post-surgery.

Counsel is aware of the recent order of this Court enlarging the time to file the brief for the Appellants to October 24, 2007 and appreciates the Court's indulgence to permit the extension. He represents that his father's medical condition occurred within the past forty-eight hours and surgery was scheduled last evening. It is counsel's hope that the surgery is successful and he will be able to return to complete his work within a few days subsequent to October 22nd.

In light of the foregoing, counsel to the Appellants respectfully requests that this Court either extend the time to file the brief for the Appellants to November 2, 2007 or some other date at the discretion of this Court. Earlier this morning, and prior to completing this pleading, counsel had the opportunity to discuss the particulars with the counsel to the Trustee and he indicated he urged the filing of this pleading and that it would not be objected.

Respectfully Submitted,
Appellants,
By Their Attorneys,

/s/ Richard A. Licht

Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (fax)
rlicht@tllaw.com
Dated: October 19, 2007

/s/ William J. Delaney
William J. Delaney (#3643)
Reavis Cianciolo LLC
55 Dorrance Street, Suite 200
Providence, Rhode Island 02903
(401) 272-5520; (401) 272-5501 (fax)
Wdelaney@rc-legal.com
Dated: October 19, 2007

CERTIFICATION

I hereby certify that on the 19th day of October, 2007, a copy of the within Emergency Motion to Extend Time was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
Gardner H. Palmer, Jr., Esq.
10 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;453780;1