UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re: | : | |
| 56 ASSOCIATES LP | : | Case No. 1:07-CV-00222-ML |
| Appellant | : | |
| | : | |
| 57 ASSOCIATES LP | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH M. DIORIO | : | |
| Appellee | : | |

## ENTRY OF APPEARANCE

NOW COMES Richard A. Licht of Tillinghast Licht LLP and hereby enters his appearance on behalf of 56 ASSOC. and 57 ASSOC.

Respectfully Submitted,

/s/ Richard A. Licht
Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
rlicht@tllaw.com

Dated: October 24, 2007

CERTIFICATION

I hereby certify that on the 24th day of October, 2007, a copy of the within Entry of Appearance was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
Gardner H. Palmer, Jr.
10 Dorrance Street, Suite 1200
Providence, RI 02903

/s/Richard A. Licht

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;453827;1