UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership, Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-RL |
| JOSEPH M. DIORIO, CHAPTER 7 Trustee OF ARNOLD KILBERG, Appellee | : | |

EMERGENCY MOTION TO EXTEND TIME TO FILE BRIEF
AND MEMORANDUM IN SUPPORT THEREOF

NOW COME the Appellants in the above-captioned matter and pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby request this Court for an extension of time to file its brief from October 24, 2007 to November 2, 2007 in this matter plus the companion cases on appeal.

In support of their motion, counsel to the Appellants respectfully submits that his father, a resident of Albany, New York, eighty-seven years old and suffering from a form of Alzheimer's, will be undergoing stomach surgery which surgery has been rescheduled for Monday, October 22, 2007. Counsel's mother, also eighty-seven years old, has been incapacitated since late July with a hip fracture, which resulted in a total hip replacement and is continuing her recovery. They still reside at their personal residence in Albany, New York. Notwithstanding care givers for each of his parents, counsel has the Power of Health Care Attorney for his father and may be

Granted to Nov. 2, 2007:
Ronald R. Lagueux
Sr. USDJ 10/24/07