# FOR SALE BY TRUSTEE
# EAST SIDE PROVIDENCE REAL ESTATE



**165 Angell Street**
**Providence, Rhode Island**
**Bidding starts at $1,700,000.00**

- 4 story, 8,000 SF retail/residential building
- 2 retail and 8 studio apartments located off Thayer Street and near Brown University and College Hill
- Zoned C-2

Seeking higher offers with 7.5% certified bank check deposit by [INSERT DATE] at 4 p.m. All offers subject to approval of the United States District Court for the District of Rhode Island.

**For more information contact:**
**Joseph M. DiOrio, Trustee**
**10 Dorrance Street, Suite 1200**
**Providence, Rhode Island 02903**
**401-632-0911**

ALL-STATE LEGAL®
Exhibit 5