**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 56 ASSOC., a Rhode Island Limited Partnership and 57 ASSOC., a Rhode Island Limited Partnership,<br>Appellants,<br><br>v.<br><br>Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg,<br>Appellee. | Case No. 07-00222-L |

**ORDER GRANTING APPELLEE'S MOTION FOR ORDER APPROVING BID AND AUCTION PROCEDURES FOR SALE OF DEBTOR'S REAL ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 363(h)**

This matter came on for hearing before the Honorable Ronald R. Lagueux on November 27, 2007 on Appellee's Motion for Order Approving Bid and Auction Procedures for Sale of Debtor's Real Estate Pursuant to Bankruptcy Code Section 363(h) (the "Sale Motion") and Appellants' Objection thereto. After hearing thereon and in consideration thereof, it is hereby

**ORDERED, ADJUDGED and DECREED**

1. That Appellee's Sale Motion is granted;

2. That the procedures set forth in Appellee's Sale Motion (the "Sale Procedures") are approved;

3. That the Notice of Sale is approved in the form attached hereto as Exhibit 1;

4. That the service list as denoted in Exhibit 2 to the Sale Motion is approved;

5. That the Bid/Objection Deadline as defined in the Sale Motion shall be set for January 18, 2008;

6. That the Court's hearing on any objections to the sale shall be set for January 25, 2008 at 10:00 a.m. in Courtroom 4;

7. That the Sale Auction as defined in the Sale Motion shall take place on January 25, 2008 immediately following the hearing on any objections; and

8. That any sale is subject to approval of this Court.

ORDER:

By: ______________________

ENTER:

______________________
Sr. Judge Ronald R Lagueux
U.S. District Court
12/4/07

Presented by:

/s/ Gardner H. Palmer, Jr.
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903