UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership,
Appellants

v. Case No. 1:07-CV-00222-RL

JOSEPH M. DIORIO, CHAPTER 7 Trustee OF ARNOLD KILBERG,
Appellee

APPELLANTS' RESPONSE TO ORDER GRANTING APPELLEE'S MOTION FOR APPROVING BID AND AUCTION PROCEDURE FOR SALE OF DEBTOR'S REAL ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 363(h)

NOW COME the Appellants in the above-captioned matter, and file this response to the order forwarded by the Appellee subsequent to hearing on November 27, 2007 (the "Order").

1. Unfortunately, prior to the submission of the Order to the Court, the Appellants did not have the opportunity to review same and offer comment. While the Appellants have no objection to the form of the Order, they have, by and through their counsel, written the Appellee with the suggestion that in the Appellee's Notice of Intended Sale of Real Property, Deadline for Submitting Higher and/or Better Offers or Objections, and Hearing Date for Sale Auction, Exhibit 1 to the Order (the "Notice"), suggested the insertion in the third full paragraph of the Notice as follows:

Amendment to Notice Granted:
Ronald R. Lagueux
Sr. USDJ 12/4/07

Before the consummation of the sale of the property, the ***non-debtor*** co-dash owners 56 Assoc., LP and 57 Assoc., LP pursuant to 11 U.S.C. §363(i) have the right to purchase the property at the price at which such sale is to be consummated. (emphasis added for supplemental language in bold)

2. In response to Appellants' suggestion, counsel to the Appellee indicated his agreement to insert the suggested additional language in the Notice without furnishing/forwarding/filing with this Court an amended version of the Notice. The Notice will, however, reflect the suggested supplemental language and be forwarded to all parties in interest as set forth in Exhibit 2 to the Order.

3. Based upon the foregoing, the Appellant have no objection to the form of the Order, with the supplemental language to the Notice.

Respectfully Submitted,
Appellants,
By Their Attorneys,

/s/ Richard A. Licht
Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (fax)
rlicht@tllaw.com
Dated: November 29, 2007