**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

56 ASSOC., a Rhode Island Limited Partnership and
57 ASSOC., a Rhode Island Limited Partnership,
Appellants,

v. Case No. 07-00222-L

Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg,
Appellee.

**ORDER STAYING SALE OF DEBTOR'S REAL ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 363(h)**

This matter came on for hearing before the Honorable Ronald R. Lagueux on December 18, 2007 on Appellants' Motion for Stay Pending Appeal and for Hearing on Supersedeas Bond. After hearing thereon and in consideration thereof, it is hereby

**ORDERED, ADJUDGED and DECREED**

1. That sale of the Property pursuant to 11 U.S.C. §363(h) is stayed pending further order of the Court upon posting of a supersedeas bond as set forth below;

2. That, as a condition of the stay order remaining in force, Appellants shall post a supersedeas bond in the amount of $935,000.00 with a corporate surety authorized to do business in Rhode Island; and

3. That evidence of the posting of the bond and a copy of the bond shall be provided to Appellee.

ORDER:

By: [signature]

ENTER:

[signature: Ronald R. Lagueux]
Judge Ronald R Lagueux
U.S. District Court
12/19/07