UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island<br>Limited Liability Partnership and<br>57 ASSOC., A Rhode Island<br>Limited Liability Partnership,<br>Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-RL |
| JOSEPH M. DIORIO, CHAPTER 7<br>Trustee OF ARNOLD KILBERG,<br>Appellee | : | |

WITHDRAWAL OF MOTION FOR RECONSIDERATION

NOW COME the Appellants in the above-captioned matter and hereby seek from this Honorable Court to withdraw their Motion for Reconsideration of this Court's Order Granting Appellee's Motion for Order Approving Bid and Auction Procedures for Sale of Debtor's Real Estate Pursuant to Bankruptcy Code Section 363(h) (the "Motion").

Counsel to the Appellants has been advised as of this past evening that they no longer wish to press the Motion and request this Court to cancel its hearing on the Motion which is scheduled for today, February 7, 2008. Counsel informed counsel to the Appellee late yesterday afternoon as well as leaving a voicemail message to the Clerk of Court as well of the decision of the Appellants. The Appellants apologize for any inconvenience the timing of this pleading may have on the Court.

Respectfully Submitted,
Appellants,
By Their Attorneys,

/s/ Richard A. Licht
Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (fax)
rlicht@tllaw.com
Dated: February 7, 2008

/s/ William J. Delaney
William J. Delaney (#3643)
Reavis Cianciolo LLC
55 Dorrance Street, Suite 200
Providence, Rhode Island 02903
(401) 272-5520; (401) 272-5501 (fax)
Wdelaney@rc-legal.com
Dated: February 7, 2008

CERTIFICATION

I hereby certify that on the 7th day of February, 2008, a copy of the within was caused to be sent either electronically through the CM/ECF system or by first class mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
Gardner H. Palmer, Jr., Esq.
10 Dorrance Street
Providence, RI 02903

/s/William J. Delaney