UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership,
Appellants

v. Case No. 1:07-CV-00222-RL

JOSEPH M. DIORIO, CHAPTER 7 Trustee OF ARNOLD KILBERG,
Appellee

WITHDRAWAL OF MOTION FOR RECONSIDERATION

NOW COME the Appellants in the above-captioned matter and hereby seek from this Honorable Court to withdraw their Motion for Reconsideration of this Court's Order Granting Appellee's Motion for Order Approving Bid and Auction Procedures for Sale of Debtor's Real Estate Pursuant to Bankruptcy Code Section 363(h) (the "Motion").

Counsel to the Appellants has been advised as of this past evening that they no longer wish to press the Motion and request this Court to cancel its hearing on the Motion which is scheduled for today, February 7, 2008. Counsel informed counsel to the Appellee late yesterday afternoon as well as leaving a voicemail message to the Clerk of Court as well of the decision of the Appellants. The Appellants apologize for any inconvenience the timing of this pleading may have on the Court.

Enter: Ronald R. Lagueux
Sr. USDJ 2/7/08