Case 1:07-cv-00222-L Document 37 Filed 02/07/2008 Page 1 of 3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

56 ASSOC., a Rhode Island Limited Partnership and
57 ASSOC., a Rhode Island Limited Partnership,
Appellants,

v.

Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg,
Appellee.

Case No. 07-00222-L

**APPELLEE'S MOTION FOR REVISED BID/OBJECTION AND SALE AUCTION DATES FOR SALE OF DEBTOR'S REAL ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 363(h) AND FOR EXPEDITED HEARING THEREON**

Appellee, Joseph M. DiOrio, Trustee of the Estate of Arnold Kilberg (the "Trustee"), moves the Court to set revised dates for submission of bids and objections, hearing on objections and the sale auction of the real estate located at 165 Angell Street, Providence, Rhode Island (the "Property") pursuant to Bankruptcy Code §363(h). For the reasons hereafter stated, the Trustee also asks the Court to shorten the time for responses to his Motion and to expedite the hearing of the Motion. As grounds for the Motion, the Trustee states as follows:

1. By Order dated December 4, 2007, the Court granted Appellee's Motion for Order Approving Bid and Auction Procedures for Sale of Debtor's Real Estate Pursuant to Bankruptcy Code Section 363(h) (the "Sale Motion").

2. Pursuant to the Order, the Bid/Objection Deadline, as defined in the Sale Motion, was set for January 18, 2008.

3. Pursuant to the Order, the Court's hearing on any objections to the sale was set for January 25, 2008 at 10:00 a.m. in Courtroom 4;

4. Pursuant to the Order, the Sale Auction, as defined in the Sale Motion, was set for January 25, 2008 immediately following the hearing on any objections.

Any objection to this motion shall be filed by the close of business Mar. 5, 2008 + hearing thereon is set for Mar. 6, 2007 at 2 P.M. in Courtroom 4.
Ronald R. Lagueux Sr. USDJ 2/27/08

5. On December 16, 2007, Appellants 56 Assoc. and 57 Assoc. moved for a stay of all actions affecting the Property pending their appeal of the Bankruptcy Court's Judgment authorizing the Trustee to sell the parties' entire interest in the Property pursuant to §363(h).

6. By Order dated December 19, 2007, the Court ordered that proceedings affecting the Property would be stayed upon Appellants' posting of a supersedeas bond with corporate surety in the amount of $935,000.

7. Despite the Trustee's repeated requests to Appellants to post the supersedeas bond, no bond has been posted and the Trustee submits there is no stay in effect. Alternatively, the Trustee asks the Court to lift any stay due to Appellants' failure to comply with the Court's December 19th Order.

8. On January 30, 2008, the Court entered a Memorandum and Order denying and dismissing all three of Appellants' appeals, including their appeal of the Trustee's §363(h) authorization which was granted by the Bankruptcy Court on June 14, 2007.

9. The Trustee's purchase and sale agreement with Brown University ("Brown") is due to expire on April 30, 2008. The Trustee has negotiated an extension with Brown and is awaiting receipt of an executed extension agreement, but there is currently no written agreement in place beyond April 30, 2008.

10. The Trustee asks the Court to set the following revised dates in connection with the Sale Motion:

a. the Bid/Objection Deadline as defined in the Sale Motion shall be set for March 14, 2008, or such other date as the Court determines;

Case 1:07-cv-00222-L Document 37 Filed 02/07/2008 Page 3 of 3

b. the Court's hearing on any objections to the sale shall be set for March 25, 2008 at 10:00 a.m. in Courtroom 4, or such other date as the Court determines; and

c. the Sale Auction as defined in the Sale Motion shall be set for March 25, 2008 immediately following the hearing on any objections, or such other date as the Court determines.

11. Based on the foregoing, the absence of a stay and the length of time that this sale has already been delayed, the Trustee respectfully requests that the Court shorten the time for responsive pleadings and hear this matter on an expedited basis.

Joseph M. DiOrio, Chapter 7 Trustee of
Arnold Kilberg
By his Attorneys,

/s/ Gardner H. Palmer, Jr.
Joseph M. DiOrio (#2616)
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
401 632-0911 / Fax: 401 632-0751
jmdiorio@dioriolaw.com
ghpalmer@dioriolaw.com

Date: February 7, 2008

**CERTIFICATION**

I hereby certify that on the 7th day of February, 2008, a copy of the within Appellee's Motion For Revised Bid/Objection And Sale Auction Dates For Sale Of Debtor's Real Estate Pursuant To Bankruptcy Code Section 363(h) And For Expedited Hearing Thereon was sent electronically and/or through the CM/ECF system to: wdelaney@rc-law.com and rlicht@tllaw.com.

/s/ Gardner H. Palmer, Jr.