**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

56 ASSOC., a Rhode Island Limited Partnership and
57 ASSOC., a Rhode Island Limited Partnership,
Appellants,

v.

Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg,
Appellee.

Case No. 07-00222-L

**ORDER GRANTING APPELLEE'S MOTION FOR REVISED BID/OBJECTION AND SALE AUCTION DATES FOR SALE OF DEBTOR'S REAL ESTATE PURSUANT TO BANKRUPTCY CODE SECTION 363(h) AND FOR EXPEDITED HEARING THEREON**

This matter came on for hearing before the Honorable Ronald R. Lagueux on March 6, 2008 on Appellee's Motion for Revised Bid/Objection and Sale Auction Dates for Sale of Debtor's Real Estate Pursuant to Bankruptcy Code Section 363(h) and For Expedited Hearing Thereon. After hearing thereon and in consideration thereof, it is hereby

**ORDERED, ADJUDGED and DECREED**

1. That the Bid/Objection Deadline as defined in the Sale Motion shall be set for March 28, 2008;

2. That the Court's hearing on any objections to the sale shall be set for April 8, 2008 at 10:00 a.m. in Courtroom 4;

3. That, subject to the Court's ruling on objections, the Sale Auction as defined in the Sale Motion shall take place on April 8, 2008 immediately following the hearing on any objections;

4. That the Notice of Sale is approved in the form attached hereto as Exhibit 1; and

5. That any sale is subject to approval of this Court.

ORDER:

James E. Webb
3/6/08

ENTER:

Ronald R. Lagueux
Judge Ronald R. Lagueux
U.S. District Court
3/6/08

Presented by:

/s/ Joseph M. DiOrio
Joseph M. DiOrio. (#2616)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903

Date: March __, 2008