**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 56 ASSOC., a Rhode Island Limited Partnership and 57 ASSOC., a Rhode Island Limited Partnership,<br>Appellants,<br><br>v.<br><br>Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg,<br>Appellee. | Case No. 07-00222-L |

**APPELLEE'S NOTICE OF INTENDED SALE OF REAL PROPERTY, DEADLINE FOR SUBMITTING HIGHER AND/OR BETTER OFFERS OR OBJECTIONS, AND HEARING DATE FOR SALE AUCTION**

To Creditors and Parties in Interest:

Notice is hereby given, pursuant to 11 U.S.C. §363(h) that the Trustee intends to sell, in accordance with the procedures herein, all of the Owners' right, title and interest in the real estate located at **165 Angell Street, Providence, Rhode Island** (the "Property").

The Trustee has received an offer to purchase the Property for the sum of One Million Seven Hundred Thousand Dollars ($1,700,000.00) in cash (the "Offer") from Brown University (the "Proposed Buyer").

Before the consummation of the sale of the Property, the non-debtor co-owners, 56 Assoc. LP and 57 Assoc. LP, pursuant to 11 U.S.C. § 363(i), have the right to purchase the Property at the price at which such sale is to be consummated.

The closing shall take place on or before **July 31, 2008** or such other date as may be agreed to by the parties or ordered by the Court. The Proposed Buyer has paid a deposit in the sum of seven and one-half percent (7.5%) of the Offer, or One Hundred Twenty Seven Thousand Five Hundred Dollars ($127,500.00). The terms of the proposed sale are more particularly described in the Real Estate Purchase Agreement (the "Agreement") attached to Appellee's Motion For Order Approving Bid and Auction Procedures for Sale of Debtor's Real Estate Pursuant to Bankruptcy Code Section 363(h) (the "Sale Motion") filed with the Court on October 30, 2007. The Order Granting Trustee's Request to Conduct a §363(h) Sale, the Sale Motion and the Agreement are available upon request from the Trustee.

The Property will be sold free and clear of all liens, claims, and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

Any higher and/or better offers or objections to the sale shall be filed in writing with the Clerk, United States District Court at One Exchange Terrace, Providence, RI 02903 on or before

**March 28, 2008** at **4:00 p.m.** (the "Bid/Objection Deadline"). A copy of any higher and/or better offer or objection also shall be served upon the Trustee, Joseph M. DiOrio, Esq., Law Office of Joseph M. DiOrio, Inc., 10 Dorrance Street, Suite 1200, Providence, Rhode Island 02903. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.

Through this Notice, higher and/or better offers for the Property are hereby solicited. Any higher offer must be accompanied by a cash deposit of seven and one-half percent (7.5%) of the offer in the form of a certified or bank check made payable to the Trustee. Higher offers must be on the same terms and conditions provided in the Agreement, other than the purchase price.

A hearing on any higher and/or better offers or any objections is scheduled for **April 8, 2008** at **10:00 a.m.** before the Honorable Ronald R. Lagueux, United States District Judge, Courtroom 4, One Exchange Terrace, Providence, Rhode Island 02903. Any party who has filed a higher and/or better offer or an objection is expected to be present at the hearing, failing which the higher and/or better offer may be stricken and the objection may be overruled. If no higher and/or better offer and no objection to the Sale Motion is timely filed, the District Court in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale, a Sale Auction will take place in accordance with the procedures set forth in the Sale Motion, unless the Court modifies the procedures. At the hearing on the sale, the Court may (1) consider all requests to strike a higher and/or better offer; (2) determine further terms and conditions of sale; (3) determine the requirements for further competitive bidding, and (4) require one or more rounds of sealed or open bids from the original offeror and any other qualified offeror. The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court, and the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the Trustee.

Respectfully submitted,

Joseph M. DiOrio, Chapter 7 Trustee of
Arnold Kilberg

/s/ Joseph M. DiOrio
Joseph M. DiOrio (#2616)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
401 632-0911 / Fax: 401 632-0751
jmdiorio@dioriolaw.com

Dated: March 7, 2008

## CERTIFICATION

I hereby certify that on the 7th day of March, 2008, a copy of the within Appellee's Notice of Intended Sale of Real Property, Deadline for Submitting Higher and/or Better Offers or Objections, and Hearing Date for Sale Auction (the "Notice") was sent electronically and/or through the CM/ECF system to: wdelaney@rc-law.com and rlicht@tllaw.com.

I further certify that a copy of the Notice was sent to all interested parties on Exhibit A attached hereto.

/s/ Joseph M. DiOrio

# Additional Served Parties

Christine K. Bush
Duffy Sweeny & Scott
One Turks Head Place, Ste 1200
Providence, RI 02903

Patricia Antonelli
Partridge Snow & Hahn
180 South Main Street
Providence, RI 02903

Michelle Davenport
Harmon Law Offices, P.C.
P.O. Box 610389
Newtown Highlands, MA 02461-0389

William R. Grimm
Hinkely, Allen & Synder, LLP
28 State Street
Boston, MA 02109-1775

Stephen Izzi
Moses Alfonso Jackvony
170 Westminster Street, Ste 201
Providence, RI 02903

Justin Shay
Cameron & Mittleman
56 Exchange Street
Providence, RI 02903

Mr. Marshall Ruben
Ruben, Johnson & Morgan
249 Pearl Street
Hartford, CT 06103

Thomas E. Carlotto
Shechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Edward G. Avila
Roberts Carrol Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Leonard DePasquale
U.S. Trustee's Office
10 Dorrance St, Rm 910
Providence, RI 02903

Andrew S. Harmon
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461

Edward G. Lawson Jr.
260 Lonsdale Ave
Pawtucket, RI 02860

Thomas J. Walsh
Harmon Law Offices
P.O. Box 610389
Newton Highlands, MA 02461

Steven Lewenstein
P.O. Box 962003
Boston, MA 02196

Edward J. Bertozzi
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Charles S. Beal, Esq.
Cameron & Mittleman
56 Exchange Terrace
Providence, RI 02903

William J. Delaney
Reavis Cianciolo, LLC
55 Dorrance St, Ste 200
Providence, RI 02903

Thomas Hemmindinger
Brennan, Recupero, et al
362 Broadway
Providence, RI 02909

Christopher Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

John E. Shekarchi, Esq.
132 Old River Road, Suite 103
Lincoln, Rhode Island 02865

Mr. Grant Sisler
Belveron R E Partners
750 Battery St. 7th Floor
San Francisco, CA 94111

Umberto Sorbo
11 Lauren Court
Cranston , RI 02921

Cheryl Asquino
Legal Counsel
Narragansett Bay Commission
1 Service Road
Providence, RI 02905

Lawrence L. Goldberg
92 Jefferson Boulevard
Warwick, RI 02888

Edward D. Feldstein
Roberts Carroll Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Department of Employment and Training
Attn: Legal
1511 Pontiac Avenue
Cranston, RI 02920

Stacey P. Nakasian
Duffy & Sweeney
One Turks Head Place, Suite 1200
Providence, RI 02903

Adam Robitaille
Roberts Carroll Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Merrill J. Friedemann
Friedemann & Associates
462 Broadway
Providence, Rhode Island 02903

Robert E. Bollengier
Robert E. Bollengier
Law Offices
3214 Post Road
PO Box 7617
Warwick, RI 02887

Douglas H. Smith
140 Reservoir Avenue
Providence, RI 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. SBA
409 Third Street, S.W.
Washington, DC 20416

Brian Stern, principal agent for SBA
666 Eleventh Street, N.W. Ste 200
Washington, D.C. 20001

ALL-STATE LEGAL®
Exhibit
A

Label Matrix for local noticing
0103-1
Case 1:04-bk-10632
District of Rhode Island
Providence
Mon Sep 17 09:49:47 EDT 2007

981 LLC
197 Taunton Avenue, Suite 203
East Providence, RI 02914-4540

Chase Card Services
Recovery Department
PO Box 100018
Kennesaw, GA 30156-9204

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Law Offices of Ronald C. Markoff
144 Medway Street
Providence, RI 02906-5202

Myles Standish Associates, LP
c/o Capstone Properties
5 Burlington Woods
Burlington, MA 01803-4542

Nancy Troy Lovett
c/o Patricia Antonelli, Esquire
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

Nancy Troy Lovett Self-Directed Individual R
c/o Patricia Antonelli, Esquire
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

RI Department of Labor and Training
Legal Services
One Capitol Hill Suite 36
Providence, RI 02908-5803

Raul Lovett Marital Trust
c/o Patricia Antonelli, Esquire
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120

State of Rhode Island - Division of Taxation
Bankruptcy Unit
Richard P. Smith, Chief - Collections
One Capitol Hill
Providence, RI 02908-5816

Streetside, LLC
150 East Manning Street
Providence, RI 02906-5109

Tillinghast Licht Perkins Smith & Cohen
suite 1000
10 weybosset street
providence, ri 02903-2825

eCAST Settlement Corporation
c/o Thomas S Hemmendinger
362 Broadway
Providence, RI 02909-1434

1
The Federal Center
380 Westminster Street
6th Floor
Providence, RI 02903-3240

A-1 Apartment Specialists
43 Warwick RD.
Pawtucket RI 02861-2621

AAA Life Insurance Co
Premium Services
P O Box 2749
Omaha NE 68103-2749

AARP Life Insurance Program
P O Box 30710
Tampa FL 33633-0001

ADT Security Services
111 Morse St.
Norwood MA 02062-4646

AFCO Credit Corporation
Winograd Shine and Zacks PC
123 Dyer Street
Providence RI 02903-3980

AICPA
P O Box 1598
Newark NJ 07101-1598

AICPA Insurance Trust
One Whitehall Street
New York NY 10004-2192

AON Insurance Services
One Whitehall Street
New York NY 10004-2192

Abins Realty Corporation
c/o Michael J. Follick Ph.D
1210 Pontiac Avenue
Cranston RI 02920-4490

Accounting Research Assoc
Of the AICPA
P O Box 26370
New York NY 10087-6370

Acropolis Enterprises, Inc.
co Duffy Sweeney and Scott
One Turks Head Place, Ste 1200
Providence, RI 02903-2212

Advanta Business Cards
P O Box 8088
Philadelphia PA 19101-8088

Alicia A. Sasso
33 Milford Street
Cranston RI 02910-5527

Allard, Kathy D.
146 Hallville Rd.
Exeter RI 02822-3205

American Diabetes Association
P O Box 731
Mount Morris IL 61054-0731

ALL-STATE LEGAL®

American Express Travel Related Services Co,
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Express Travel Related Svcs
co Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express Travel Related Svcs Co
Inc Corp Card
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

American Institute for Cancer Research
1759 R Street NW
P O Box 97167
Washington DC 20090-7167

Amgro Inc
100 N Parkway
P O Box 15089
Worcester MA 01615-0089

Amsterdam Printing and Litho
P O Box 701
Amsterdam NY 12010-0701

Architectural Digest
P O Box 37638
Boone IA 50037-0638

Arrow Messenger and Courier
25C Acorn Street
Providence RI 02903

Aspen Publishers Inc
P O Box 64054
Baltimore MD 21264-4054

Assurity Life Insurance Co
5601 South 27th Street
P O Box 82448
Lincoln NE 68501-2448

Astor Associates
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

BJs Wholesale Club
PO Box 9608
Natick MA 01760-9608

Bank One Delaware NA fka First USA
co Weinstein Treiger and Riley PS
2101 4th AvenueSuite 900
Seattle, WA 98121-2339

Bank of America
P O Box 1758
Newark NJ 07101 1758

Bankcard Services
P O Box 15019
Wilmington DE 19886-5019

Baxter Electric
37 Kelley Avenue
Rumford RI 02916-3402

BellSouth Regional Bankruptcy Center
301 W. Bay Street, Room 29EF1
Jacksonville, FL 32202-5184

Blue Cross Blue Shield Of Rhode Island
444 Westminster St.
Providence RI 02903-3279

Blue Sun Super Service Towing
695 Main Street
East Greenwich RI 02818-3507

Blueberry Heights Mobile Home Park
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Bluechip
15 LaSalle Square
Providence RI 02903-1814

CHEVRON INVESTORS, LLC
co BARBARA A PATRIARCA
478 ANGELL ROAD
LINCOLN RI 02865-4907

CR Amusements, LLC
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Capriccio, Inc.
2 Pine St.
Providence RI 02903-2865

Capsule Communications
P O Box 13170
Philadelphia PA 19101-3170

Cardiovascular Assoc of RI Inc
1076 North Main Street
Providence RI 02904-5748

Carol Ann Izzard
12 Mowry Road
Greenville, RI 02828-2138

Cendant Mortgage Corporation
4001 Leadenhall Road
Mt. Laurel, NJ 08054-4611

Chase Cardmember Services
PO Box 15839
Wilmington DE 19850 5839

Chase Manhattan Mortgage Corp
P O Box 9001871
Louisville KY 40290-1871

Choice One Communications
P O Box 1927
Albany NY 12201-1927

Christine Rishty, Principal Agent for the
Receiver and as Receiver, the following
US Small Business Administration for
Wallace Capital Corporation
666 Eleventh Street NW Suite 200
Washington DC 20001-4552

Citibank (South Dakota) NA
Assoc Texaco Payment Center
4300 Westown Parkway
West Des Moines IA 50266-1266

City Collector Providence
25 Dorrance Street Rm 203
Providence RI 02903-1738

City of Cranston Tax Collector
869 Park Avenue
Cranston RI 02910-2786

City of Delray Beach
City Attorney's Office
200 NW 1st Avenue
Delray Beach FL 33444-2768

City of Pawtucket
Tax Collector
137 Roosevelt Ave.
Pawtucket RI 02860-2129

City of Providence
City Collector's Office
Providence RI 02903-1788

Clem's Electric Company Inc.
11 Broad Common Rd.
Bristol RI 02809-2721

Colafrancesco, Jock A.
422 Plainfield St.
Providence RI 02909-3743

Colonial Penn Life Insurance Co
349 Market Street
Philadelphia PA 19181 0001

Columbia House Music Club
1400 N. Fruitridge Ave.
Terre Haute IN 47811-1114

Columbus Door Company
1884 Elmwood Avenue
Warwick RI 02888-1998

Commerce Clearing House Inc
P O Box 4307
Carol Stream IL 60197-4307

Computer Shopper
P O Box 52566
Boulder CO 80322-2566

Conde Nast Traveler
P O Box 37628
Boone IA 50037-0628

Conseco Direct Life Insurance Co
The Colonial Penn Insurance Program
399 Market Street
Philadelphia PA 19183-0001

Contemporary Telephone Group
PO Box 4991
East Providence RI 02916-0991

Conversent Communications, LLC
PO Box 31563
Hartford CT 06150-1563

Copier Supply, Inc.
PO Box 371
Seekonk MA 02771-0371

Creative Solutions
7322 Newman Boulevard
Dexter MI 48130-1571

Dana Farber's Jimmy Fund
PO Box 55585
Boston MA 02205-5585

Dennis J. Maxwell
280 Thatcher Street
Rumford RI 02916-3335

Department of Employment and Training
Legal Services
101 Friendship St.
Providence RI 02903-3716

Department of Labor & Training
1511 Pontiac Avenue
Cranston RI 02920-4407

Diamond Cleaners Inc
681 Beverage Hill Avenue
Pawtucket RI 02861-4439

Dimension Micro Systems
1630 Mineral Spring Avenue
North Providence RI 02904-4043

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Drs. Rubinstein and Ducoff
362 Ives St.
Providence RI 02906-3996

Dublin Motorcar Company Inc
580 West Shore Road
Warwick RI 02889-1347

EWG Knights Pop Warner
P O Box 82
Exeter RI 02822-0501

Edward D. Feldstein
Roberts Carroll Feldstein & Peirce
10 Weybosset Street 8th Flr
Providence RI 02903 2818

Edward J. Bertozzi, Esq.
Edwards and Angell, LLP
2800 Financial Plaza
Providence RI 02903

Elite Service
570 Kelley Blvd
No Attleboro MA 02760

Elmhurst Landscaping Co., Inc.
9 Rollingwood Dr.
Lincoln RI 02865-4713

Eugene I. Woodle Irrevocable Trust
co Edmund Woodle Co Trustee
PO Box 849
Ayer MA 01432-0849

Everett Pertronio Esquire
1239 Hartford Avenue
Johnston RI 02919-7135

Fairway Associates
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Fairway Capital Corporation
co Duffy Sweeney and Scott
One Turks Head Place, Ste 1200
Providence RI 02903-2212

Federal Express
P O Box 1140
Memphis TN 38101-1140

Ferrante, Michael
17 Lancashire St.
Providence RI 02908-1610

First USA Bank NA
P O Box 15153
Wilmington DE 19886-5153

Fleet Bank
P O Box 970038
Boston MA 02297-0038

Florida Power and Light Co
PO Box 025209
Miami Fl 33102-5209

Forbes
P O Box 5469
Harlan IA 51593-0969

Frank Lewis' Alamo Fruit
100 North Tower Rd.
Alamo TX 78516-2513

Fraternal Order of Police
40 Sheridan Street
Providence RI 02909-3616

GEICO
One Geico Plaza
Bethesda MD 20810-0001

Gary D. Kilberg
co Robert E. Bollengier Esq
3214 Post Road
PO Box 7617
Warwick RI 02887 7617

Gem Plumbing and Heating Co., Inc.
1 Wellington Road
Lincoln RI 02865-4411

General Treasurer - State Of RI
Board of Accountancy
233 Richmond St.
Providence RI 02903-4236

Gennaro Manna
36-B BELFIELD DRIVE
JOHNSTON RI 02919

Gerber Life Insurance Company
445 State Street
Fremont MI 49412-1091

Gerda Virks
1185 Narragansett Blvd Apt 109
Cranston RI 02905-3935

Gevalia
Holmparken Square
PO Box 5276
Clifton NJ 07015-5276

Globe Life and Accident Insurance Co
Globe Life Center
Oklahoma City OK 73184-0001

Goodwin Proctor LLP
Daniel M. Glosband Esquire
53 State Place Exchange Place
Boston, MA 02109

Governor Financial Center LLC
285 Governor Street
Providence RI 02906-3237

Gracewood Groves
PO Box 690069
Vera Beach FL 32969-0069

Hamlet Limited Partnership
co Joseph Ferrucci, Esq.
55 Pine Street
Providence RI 02903-2841

Hamlet Properties LLC
88 Irving Avenue
Providence RI 02906-4508

Handyman Club of America
Member Service
PO Box 3401
Minnetonka MN 55343-2101

Harvard Heart Letter
Subscription Services Dept.
PO Box 420313
Palm Coast FL 32142-0313

Heart Advisor
PO Box 420043
Palm Coast FL 32142-0043

Hiep Pham
5 Hollywood St.
Worcester MA 01610-3201

Hinckley Allen and Snyder LLP
1500 Fleet Center
Providence RI 02903-2319

Holland & Knight
1 Financial Plaza Ste 1400
Providence RI 02903-2485

Hope Street Partners
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Household Receivable Acquisition Corp
Household Credit Services
PO Box 5216
Carol Stream IL 60197-5216

ICI Dulux Paint Centers
50 Ann Mary Street
Pawtucket RI 02860-4893

Interpay
PO Box 8295
Boston MA 02266-8295

Irving Schectman and Co.
141 Power Road
Pawtucket RI 02860-3429

Jack Laackso and Associates, PC
20 Technology Dr., Unit 3
NVG
Brattleboro VT 05301-9181

Jeff Finan
Hayes and Sherry Real Estate Services
10 Dorrance Street Suite 650
Providence RI 02903 2018

Joan Kilberg
co Edward Lawson, Esq.
260 Lonsdale Avenue
Pawtucket RI 02860-2718

Johns Hopkins Consumer Guide
To Medical Tests
PO Box 421258
Palm Coast FL 32142-1258

Johns Hopkins Cookbook Library
PO Box 420038
Palm Coast FL 32142-0038

Johns Hopkins Medical Letter
Health After 50
PO Box 420177
Palm Coast FL 32142-0177

Johnson Street Partners
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Joseph P Ferrucci Receiver
55 Pine Street
Providence RI 02903-2841

Joseph R. Paolino
Agent
76 Dorrance St.
Providence RI 02903-2227

Kenneth Malmberg
63 Johnson St. Apt A
Pawtucket RI 02860-4370

Keven A McKenna PC
23 Acorn Street
Providence RI 02903-1066

Kilberg, Gary D.
90 Irving Ave.
Providence RI 02906-4508

Kilberg, Joan
642 Blackstone Boulevard
Providence RI 02906-5037

Kilberg-Solomon, Cheryl
2766 North Greenwood Ave.
Arlington Heights IL 60004-8429

Kruysman and Redweld
P O Box 67000
Department 262901
Detroit MI 48267-2629

L & M Cars, Inc.
c/o Robert K. Taylor, Esquire
Partridge Snow & Hahn LLP
180 So. Main Street
Prov., RI 02903-7120

L and M Cars Inc
co Peter J Furness Esquire
362 Broadway
Providence RI 02909-1434

Lacerte
13155 Noel Rd.
PO Box 891641
Dallas TX 75389-1641

Law Offices of Everett Petronio
1239 Hartford Avenue
Johnston RI 02919-7135

Lawn Doctor
PO Box 1497
North Kingstown RI 02852-0632

Lipscomb Auctioneer Company
733 New York Street
West Palm Beach FL 33401-6601

London Exchange Company
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Lorman Education Services
2510 Alpine Road
P O Box 509
Eau Claire WI 54702-0509

Louis Regnier
Regnier Associates
900 Hospital Trust Tower
Providence RI 02903-2485

Lowes Business Account
P O Box 4554 Dept 79
Crlstrm IL 60197-4554

MBNA America
P O Box 15019
Wilmington DE 19886-5019

MCI Preferred Telecom
P O Box 371838
Pittsburgh PA 15250 7838

MCI Worldcom Wireless Inc
P O Box 5211
New York NY 10087-5211

Martino II, Peter A.
1 County St.
Apt 5
North Providence RI 02904-4158

Marzilli's Old Canteen
120 Atwell's Ave.
Providence RI 02903-1630

Matthew Bender and Co, Inc.
PO Box 7247-0178
Philadelphia PA 19170-0178

Maxwell, Dennis
280 Thatcher St.
Rumford RI 02916-3335

McBee Systems
2000 S Thompson Street
Flagstaff AZ 86001 8759

Merrill Lynch Credit Corp
PO Box 5459
Mount Laurel NJ 08054-5459

Metacom Medical Associates, Inc.
639 Metacom Ave.
Warren RI 02885-2348

Michael J. Follick
c o Edward D. Feldstein
Roberts Carroll Feldstein and Peirce
10 Weybosset Street
Providence RI 02903-2848

Mintz Levin Cohn Ferris
Glovsky and Pope PC
One Financial Center
Boston MA 02111-2621

Moneta Capital Corporation
88 Irving Avenue
Providence RI 02906-4508

Monroe Systems for Business
P O Box 8500 52873
Philadelphia PA 19178-8500

Montaquila and Summer PC
Calart Tower Suite 3A
400 Reservoir Avenue
Providence RI 02907-3565

Muscular Dystrophy Association
co Tastex Corporation
467-469 Roosevelt Ave.
Central Falls RI 02863-3129

Mutual of Omaha Companies
Premium Services
P O Box 2749
Omaha NE 68103-2749

Mutual of Omaha Insurance Co
3316 Farnam Street
Omaha NE 68172-0001

Myron Manufacturing Corp.
PO Box 63150
Newark NJ 07101-7988

NE Secure Data Solutions
604 Mt. Pleasant Rd.
Harrisville RI 02830-1751

Nancy Troy Lovett Nancy Troy Lovett Self Dir
Ret Acct and Raul Lovett Marital Trust
co Patricia Antonelli Esquire
180 South Main Street
Providence RI 02903-2907

Narragansett Bay Commission
One Service Road
Providence RI 02905-5505

Narragansett Electric
PO Box 960
Northborough MA 01532-0960

National Benefit Life Insurance Co
333 West 34th Street
New York NY 10001-2402

National Geographic Adventure
PO Box 63150
Tampa FL 33663-3150

National Geographic Society
PO Box 10543
Des Moines IA 50340-0543

National Multiple Sclerosis
Society - Rhode Island Chapter
PO Box 7387
Warwick RI 02887-7387

New England Gas Co.
P O Box 17528
Baltimore MD 21297 1528

Nextel Communications
PO Box 17621
Baltimore MD 21297-1621

Nextel Communications of Mid Atlantic Inc
Nextel Communications Inc
PO Box 172408
Denver CO 80217-2408

Nik Tikekar
114 Adlett Lane
Durham NC 27703 7149

Nordstrom FSB
Attn Payment Processing
PO Box 13599
Scottsdale AZ 85267-3599

Norman Jay Bolotow
95 Chestnut Street
Providence RI 02903-4161

Northeast Capital Corporation
Profit Sharing Plan-Tillghast
10 Weybosset Street
Providence RI 02903-2818

Northeast Capital Corporation
co Tillinghast Licht et al.
10 Weybosset Street
Providence RI 02903-2851

Now Courier
P O Box 6945
Providence RI 02940-6945

One-Write Plus
1505 Pavillion Place
Norcross GA 30093-3201

Outdoor Photographer
PO Box 57213
Boulder CO 80321-7213

PC World
Subscription Dept.
PO Box 37562
Boone IA 50037-0562

Palm Beach County Tax Collector
PO Box 3715
West Palm Beach FL 33402-3715

Pantheon Enterprises, Inc.
co Duffy Sweeney and Scott
One Turks Head Place, Ste 1200
Providence RI 02903-2212

Participation Services Corporation
co Duffy Sweeney and Scott
One Turks Head Place, Ste 1200
Providence RI 02903-2212

Patrick Conley Esquire
1445 Wampanoag Trail
East Providence RI 02915-1084

Paul V Anjoorian
Attn Robert Corrente Esquire
1500 Fleet Center
Providence RI 02903

Peoples Benefit Life Insurance Co
20 Moores Road
Frazer PA 19355-1114

Perry, Kenneth
1643 Warwick Avenue
Warwick RI 02889 1525

Peter Frazier
Holland & Knight LLP
1 Financial Plaza Ste 1400
Providence RI 02903 2485

Physicians Life Insurance Co
2600 Dodge Street
Omaha NE 68131-2672

Pitney Bowes Credit Corporation
Attn Recovery Department
27 Waterview Drive
Shelton CT 06484-4361

PitneyWork
Purchase Power
P O Box 856042
Louisville KY 40285-6042

Porreca Construction
60 Union Ave.
Johnston RI 02919-3306

Power Installation & Design, Inc.
c/o Russell D. Raskin, Esquire
Raskin & Berman
116 East Manning Street
Providence, RI 02906-5116

Practitioners Publishing Company
Attn: Subscrip Dept
PO Box 71687
Chicago IL 60694-1687

Prentice Hall
Remittance Processing Center
P O Box 11074
Des Moines IA 50336-1074

Providence Business News
300 Richmond Street
Providence RI 02903-4244

Providence Water Supply Board
552 Academy Avenue
Providence RI 02908-2792

Providian Visa Card
P O Box 9539
Manchester NH 03108

Quill Corporation
P O Box 94081
Palatine IL 60094-4081

R I Society Of CPAs
45 Royal Little Dr.
Providence RI 02904-1873

R W Bruno Heating and Cooling
44 Albion Road Ste 103
Lincoln RI 02865-3748

R. Carmark, A. Sasso, C. Izzard
co DiSarro Anderson & Reilly LLP
Preferred Closing & Title Services LLC
989 Reservoir Avenue
Cranston RI 02910-5138

R.I. Division of Taxation
One Capitol Hill
Providence, RI 02908

RI Division of Taxation
One Capitol Hill
Providence RI 02908-5801

Raymond Patriarca
478 Angell Road
Lincoln RI 02865-4907

Readers Digest
P O Box 8027
Red Oak IA 51591-1027

Regar Associates
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Reliable
135 LaSalle St Dept 8001
Chicago IL 60674-8001

Rendines Maytag Hac
21 Waterman Avenue
North Providence RI 02911-1083

Research Institute of America Group
P O Box 6159
Carol Stream IL 60197-6159

Richard Lubin
c/o Robert K. Taylor, Esquire
Partridge Snow & Hahn LLP
180 So. Main St.
Prov., RI 02903-7120

Richard Lubin
co Peter J Furness Esquire
362 Broadway
Providence RI 02909-1434

Robb Report
PO Box 545
Mt. Morris IL 61054-0545

Robert Corrente Esquire
1500 Fleet Center
Providence RI 02903

Robert Darvin
36 Laxfield Rd.
Weston MA 02493-1629

Robert Miller
c/o Robert K. Taylor, Esquire
Partridge Snow & Hahn LLP
180 So. Main St.
Prov., RI 02903-7120

Robert Miller
co Peter J Furness Esquire
362 Broadway
Providence RI 02909-1434

Ronald C. Markoff, Esq.
Justin Shay
Cameron and Mittleman
56 Exchange Terrace
Providence RI 02903 1766

Ronald Carmark
196 Don Avenue
Rumford RI 02916-1709

Rosedale Properties LLC
88 Irving Avenue
Providence RI 02906-4508

Sadwin, Rebecca
25 Morse Ave.
North Smithfield RI 02896-7019

Safeguard Business Systems
1180 Church Road Ste A
Lansdale PA 19446 3976

Scott's Lawn Service
PO Box 742585
Cincinnati OH 45274-2585

Sears National Bank
Payment Center
P O Box 182149
Columbus OH 43218-2149

Secretary Of State
Corporation Division
148 W River Street Ste 1
Providence RI 02904-2626

Sentinel Holdings, Inc.
88 Irving Avenue
Providence RI 02906-4508

Shell MasterCard
P O Box 15778
Wilmington DE 19886-5778

Simon Rivenson
7640 N.W. 18 St.
Apt. 104
Margate FL 33063-3113

Skillpath Seminars
P O Box 804441
Kansas City MO 64180-0001

Small Business Administration
Receiver for Fairway Capital Corporation
666 11th Street NW Suite 200
Washington DC 20001-4552

Small Business Administration
Receiver for Fairway Capital Corporation
Attn Brian S. Stern Pr Agent
666 11th Street NW Suite 200
Washington DC 20001-4552

Smith Mack and Associates
3384 Post Road Suite 1
Warwick RI 02886-7133

Sonitrol
PO Box 4006
Rocky Hill CT 06067 4006

Sophisticated Traveler
co Joan Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Southern New England
110 Royal Little Drive
Providence RI 02904-1860

Sovereign Bank
Attn Manuel Vales
15 Westminster Street
Providence RI 02903-2437

St. Germain, Barbara
196 Old River Rd.
No.618
Lincoln RI 02865-1119

Stacey Nakasian, Esq.
Duffy and Sweeney
One Turks Head Building
Providence RI 02903-2219

Staples Business Advantage
P O Box 30851
Hartford CT 06150-0851

Staples Credit Plan
Associates Commerce Solutions
P O Box 9020
West Des Moines IA 50368-9020

Stonebridge Insurance
P O Box 650085
Dallas TX 75265-0085

Sunoco
P O Box 689156
Des Moines IA 50368 9156

Susan Bergeron for Alfred Bergeron
5 Oak Manor Drive
Barrington RI 02806-3815

Swaida, Gary
15 Diaz St.
Johnston RI 02919-2725

T J Russell Co, Inc.
500 Wood St., Unit 22
PO Box 544
Bristol RI 02809-0544

Tavares, Carlos
PO Box 73093
Providence RI 02907-0547

Tax Collector
Palm Beach County
PO Box 3353
West Palm Beach FL 33402-3353

Tax Collector - Palm Beach County
PO Box 3715
West Palm Beach FL 33402-3715

The Beacon Mutual Insurance Co
P O Box 937
Providence RI 02901-0937

The Bureau of National Affairs Inc
P O Box 64543
Baltimore MD 21264-4543

The Danbury Mint
47 Richards Avenue
Norwalk CT 06857-0001

The Hamlet Country Club, Inc.
co Landis and Mallinger PL
980 North Federal Highway Suite 302
Boca Raton FL 33432-2704

The Hamlet Residents Association, Inc.
co Gelfand & Arpe, P.A.
Regions Financial Tower
1555 Palm Beach Lakes Boulevard Suite 12
West Palm Beach, FL 33401-2323

The Hartford
P O Box 5025
Hartford CT 06102-5025

The Heart Chart, Inc.
PO Box 221
New Rochelle NY 10804-0221

The Home Depot CRC
P O Box 105991 Dept 24
Atlanta GA 30348-5991

The Leukemia and Lymphoma Society
1150 Pontiac Avenue No.1
Cranston RI 02920 8921
Cranston RI 02920-7921

The New York Times
PO Box 371456
Pittsburgh PA 15250 7456

The Providence Journal Company
75 Fountain Street
Providence RI 02902-0004

The Travelers Commercial
Line Direct Billing
P O Box 42527
Philadelphia PA 19101-2527

Thomas E. Carlotto, Esq.
Schectman Halperin and Savage
86 Weybosset Street
Providence RI 02903-2800

Tillinghast Licht Perkins Smith and Cohen LL
William J Delaney Esquire
10 Weybosset Street Suite 1000
Providence RI 02903-2825

Top USA Corporation
771 N Dearborn Park Lane
P O Box 628
Worthington OH 43085-0628

Toshiba America Information
P O Box 642333
Pittsburgh PA 15264-2333

Totaltape Publishing Company
9417 Princess Palm Avenue
P O Box 31028
Tampa FL 33631-3028

U.S. SBA as Receiver for Moneta Capital Corp
c o Thomas E. Carlotto
Shechtman Halperin Savage, LLP
86 Weybosset Street
Providence RI 02903-2800

U.S. Small Business Administration
Elaine Hruschka, Financial Analyst
409 Third Street, SW, 6th Floor
Washington DC 20416-0011

Unilink
7422 Newman Boulevard
Dexter MI 48130

Union Pen Company
PO Box 220
Hagaman NY 12086-0220

United Parcel Service
55 Glenlake Parkway NE
Atlanta GA 30328-3498

United States Department of Justice
Michael P. Iannotti Esquire
Office of the United States Attorney
50 Kennedy Plaza Fleet Center 8th Floor
Providence RI 02903

United Supply
8600 Darby Avenue
Northridge CA 91325-3312

VMR Realty
56 Brownell St.
Warren RI 02885-1503

Verdolino and Lowey
124 Washington Street
Foxboro MA 02035-1368

Verizon
PO Box 1
Worcester MA 01654-0001

Verizon Yellow Pages Co
P O Box 64809
Baltimore MD 21264-4809

Vetter and White
20 Washington Place
Providence RI 02903-1321

Viking Office Products
2200 Germantown Road
Delray Beach FL 33445-8223

W B Mason Company Inc
P O Box 111
59 Centre Street
Brockton MA 02301-4075

Washington National Insurance Company
P O Box 8124
Fort Washington PA 19034-8124

Waste Management - RMC
2421 W. Peoria Avenue Suite 110
Phoenix AZ 85029-4942

West Group
P O Box 6187
Carol Stream IL 60197-6187

Westcott Development a RIGP
co Douglas H Smith Esquire
140 Reservoir Avenue
Providence RI 02907-3417

Westcott Terrace Associates
190 Broad Street
Providence RI 02903-4029

William Fratus
3554 Pine Lake Court
Delray Beach FL 33445-9045

William J Delaney Esquire
T L P S and C LLP
10 Weybosset Street
Providence RI 02903-2818

Woodlawn Laundry and Cleansers Inc
75 Seaview Avenue
Cranston RI 02905-3615

XYZ Realty Corporation
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

Zeus Realty Holdings, LLC
co Arnold Kilberg
642 Blackstone Blvd.
Providence RI 02906-5037

eCAST Settlement Corporation assignee of
Bank of America/FIA Card Services
formerly MBNA
POB 35480
Newark NJ 07193-5480

Arnold Kilberg
3554 Pine Lake Court
Delray, FL 33445-9045

Charles Montague Associates LLC
76 Dorrance Street
Providence, RI 02903-2227

David L. Golden
10 Elmgrove Avenue
Providence, RI 02906-4124

Dennis J. Maxwell
280 Thatcher Street
Providence, RI 02916-3335

Donald Lipscomb
Lipscomb Auctions
733 New York Street
West Palm Beach, FL 33401-6601

Harrison M. Bilodeau
Bilodeau Property Management Inc.
217 Waterman Street
Providence, RI 02906-4313

Joan F. Kilberg
3554 Pine Lake Court
Delray Beach, FL 33445-9045

Joseph M. DiOrio
Law Office of Joseph M. DiOrio
10 Dorrance Street
Suite 1200
Providence, RI 02903-2015

Joseph P. Ferrucci
Hinckley Allen & Snyder
1500 Fleet Center
Providence, RI 02903-2319

Keith D. Lowey
Verdolino & Lowey, P.C.
124 Washington Street
Foxborough, MA 02035-1368

Leonard DePasquale
US Trustee's Office
Room 910
10 Dorrance Street
Providence, RI 02903-2018

M. C. Ponte
Irving Shechtman & Co
141 Power Road
Pawtucket, RI 02860-3429

M. C. Ponte Jr.
Irving Shechtman & Co. Inc.
1006 Reservoir Avenue
Cranston, RI 02910-5122

Marty C. Marran
260 Lonsdale Avenue
Pawtucket, RI 02860-2718

Peter M. Scotti
Peter M. Scotti & Associates
246 Hope Street
Providence, RI 02906-2217

R. Daniel Prentiss
One Financial Plaza, Suite 1800
Providence, RI 02903-2419

Ralph Bello
2010 Mineral Spring Avenue
North Providence, RI 02911-1809

Robert Oglesby
R & D Properties, LLC
7353 International Place, Ste. 311
Sarasota, FL 34240-8459

William Greene
Hayes & Sherry Real Estate Services
10 Dorrance Street Suite 650
Providence, RI 02903-2018

William Hazel
Chu, Ring & Hazel LLP
49 Melcher Street
Boston, MA 02210-1514

William E. O'Gara
Pannone Lopes and Devereaux, LLC
1800 Financial Plaza
Providence, RI 02903

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit - 4th Floor
380 Westminster Street
Providence, RI 02903

Discover Financial Services
PO Box 8003
Hilliard OH 43026

(d)Internal Revenue Service
380 Westminster Street
Involvency Unit 4th Floor
Providence RI 02903

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)56 Associates, L.P.

(u)57 Associates, L.P.

(u)Abins Realty Corporation

(u)American Express Travel Related Services C

(u)Cendant Mortgage Corporation

(u)Deutsche Bank National Trust Company

(u)Narragansett Bay Commission

(u)Sovereign Bank

(u)US Small Business Administration as Receiv

(du)US Small Business Administration as Recei

(du)US Small Business Administration as Recei

(u)United States of America

(u)Westcott Development, a Rhode Island Gener

(d)Citibank South Dakota NA
Assoc Texaco Payment Center
4300 Westown Parkway
West Des Moines IA 50266-1266

(u)Kilberg, Jennifer

(u)RI Division of Taxation, 1 Capitol Hill, P

(u)Cheryl Kilberg

(u)Gary Kilberg

(d)Jeff Finan
Hayes and Sherry Real Estate Services
10 Dorrance Street, Suite 650
Providence, RI 02903-2018

(u)Jennifer L. Kilberg

(u)Norman Jay Bolotow

(u)Paul V. Anjoorian

(u)Ronald C. Markoff

End of Label Matrix
Mailable recipients 326
Bypassed recipients 23
Total 349

Christine K. Bush
Duffy Sweeny & Scott
One Turks Head Place, Ste 1200
Providence, RI 02903

Thomas E. Carlotto
Shechtman Halperin Savage
1080 Main Street
Pawtucket, RI 02860

Edward J. Bertozzi
Edwards & Angell, LLP
2800 Financial Plaza
Providence, Rhode Island 02903

Patricia Antonelli
Partridge Snow & Hahn
180 South Main Street
Providence, RI 02903

Edward G. Avila
Roberts Carrol Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Charles S. Beal, Esq.
Cameron & MIttleman
56 Exchange Terrace
Providence, RI 02903

Michelle Davenport
Harmon Law Offices, P.C.
P.O. Box 610389
Newtown Highlands, MA 02461-0389

Leonard DePasquale
U.S. Trustee's Office
10 Dorrance St, Rm 910
Providence, RI 02903

William J. Delaney
Reavis Cianciolo, LLC
55 Dorrance St, Ste 200
Providence, RI 02903

William R, Grimm
Hinkely, Allen & Synder, LLP
28 State Street
Boston, MA 02109-1775

Andrew S. Harmon
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461

Thomas Hemmindinger
Brennan, Recupero, et al
362 Broadway
Providence, RI 02909

Stephen Izzi
Moses Alfonso Jackvony
170 Westminster Street, Ste 201
Providence, RI 02903

Edward G. Lawson Jr.
260 Lonsdale Ave
Pawtucket, RI 02860

Christopher Mulhearn
Ferrucci Russo, P.C.
55 Pine Street, 4th Floor
Providence, RI 02903

Justin Shay
Cameron & Mittleman
56 Exchange Street
Providence, RI 02903

Thomas J. Walsh
Harmon Law Offices
P.O. Box 610389
Newton Highlands, MA 02461

John E. Shekarchi, Esq.
132 Old River Road, Suite 103
Lincoln, Rhode Island 02865

Mr. Grant Sisler
Belveron R E Partners
750 Battery St. 7th Floor
San Francisco, CA 94111

Mr. Marshall Ruben
Ruben, Johnson & Morgan
249 Pearl Street
Hartford, CT 06103

Steven Lewenstein
P.O. Box 962003
Boston, MA 02196

Umberto Sorbo
11 Lauren Court
Cranston , RI 02921

Cheryl Asquino
Legal Counsel
Narragansett Bay Commission
1 Service Road
Providence, RI 02905

Stacey P. Nakasian
Duffy & Sweeney
One Turks Head Place, Suite 1200
Providence, RI 02903

Robert E. Bollengier
Robert E. Bollengier
Law Offices
3214 Post Road
PO Box 7617
Warwick, RI 02887

Lawrence L. Goldberg
92 Jefferson Boulevard
Warwick, RI 02888

Adam Robitaille
Roberts Carroll Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Douglas H. Smith
140 Reservoir Avenue
Providence, RI 02903

Edward D. Feldstein
Roberts Carroll Feldstein & Peirce
10 Weybosset Street, 8th Floor
Providence, RI 02903

Merrill J. Friedemann
Freidemann & Associates
462 Broadway
Providence, Rhode Island 02903

Arlene M. Embrey, Esq.
Office of General Counsel, 7th Floor
U.S. SBA
409 Third Street, S.W.
Washington, DC 20416

Department of Employment and Training
Attn: Legal
1511 Pontiac Avenue
Cranston, RI 02920

Brian Stern, principal agent for SBA
666 Eleventh Street, N.W. Ste 200
Washington, D.C. 20001