UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island<br>Limited Liability Partnership and<br>57 ASSOC., A Rhode Island<br>Limited Liability Partnership,<br>Appellants | : | |
| v. | : | Case No. 1:07-CV-00222-RL |
| JOSEPH M. DIORIO, CHAPTER 7<br>Trustee OF ARNOLD KILBERG,<br>Appellee | : | |

Please take notice that the undersigned, Robert N. Huseby, Esq., of Tillinghast Licht LLP, hereby appears on behalf of the Appellants in the above captioned case and requests that service be made on the undersigned of all notices, reports, motions, briefs, memoranda, pleadings, proposed orders, confirmed copies of orders, judgments and any other documents or instruments filed in the above-captioned proceeding.

All such documents should be served on:

Robert N. Huseby (#1486)
Tillinghast Licht LLP
Ten Weybosset Street, Suite 1000
Providence, Rhode Island 02903

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by hand delivery, mail

delivery, telephone, telegraph, telex, telecopy, facsimile or otherwise, which affects the Appellants.

Dated this 17th day of March, 2008.

Respectfully submitted,
Appellants,
By Their Attorneys,

/s/Robert N. Huseby

Robert N. Huseby (#1486)
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)

:

CERTIFICATION

I hereby certify that on the 17th day of March, 2008, a copy of the within Entry of Appearance was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
Gardner H. Palmer, Jr., Esq.
10 Dorrance Street
Providence, RI 02903

/s/Robert N. Huseby

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;459281;1