UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**56 Assoc., a Rhode Island Limited Partnership and 57 Assoc. a Rhode Island Limited Partnership**

**v.** **CA07-222L**

**Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg**

**ORDER**

This case was closed administratively, in error, after the Court decided the main aspect of the bankruptcy appeal because the matter of the sale of 165 Angell Street was still pending.

The Court has ordered the case reopened and this Court retains jurisdiction of all aspects of the matter relating to the sale of 165 Angell Street.

By Order

Deputy Clerk

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge

Date: 3/25/08