**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 56 ASSOC., a Rhode Island Limited Partnership and 57 ASSOC., a Rhode Island Limited Partnership, Appellants,<br><br>v.<br><br>Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg, Appellee. | Case No. 07-00222-L |

**APPELLEE'S NOTICE OF INTENDED SALE OF REAL PROPERTY, DEADLINE FOR SUBMITTING HIGHER AND/OR BETTER OFFERS OR OBJECTIONS, AND HEARING DATE FOR SALE AUCTION**

To Creditors and Parties in Interest:

Notice is hereby given, pursuant to 11 U.S.C. §363(h) that the Trustee intends to sell, in accordance with the procedures herein, all of the Owners' right, title and interest in the real estate located at **165 Angell Street, Providence, Rhode Island** (the "Property").

The Trustee has received an offer to purchase the Property for the sum of One Million Seven Hundred Thousand Dollars ($1,700,000.00) in cash (the "Offer") from Brown University (the "Proposed Buyer").

Before the consummation of the sale of the Property, the non-debtor co-owners, 56 Assoc. LP and 57 Assoc. LP, pursuant to 11 U.S.C. § 363(i), have the right to purchase the Property at the price at which such sale is to be consummated.

The closing shall take place on or before **July 31, 2008** or such other date as may be agreed to by the parties or ordered by the Court. The Proposed Buyer has paid a deposit in the sum of seven and one-half percent (7.5%) of the Offer, or One Hundred Twenty Seven Thousand Five Hundred Dollars ($127,500.00). The terms of the proposed sale are more particularly described in the Real Estate Purchase Agreement (the "Agreement") attached to Appellee's Motion For Order Approving Bid and Auction Procedures for Sale of Debtor's Real Estate Pursuant to Bankruptcy Code Section 363(h) (the "Sale Motion") filed with the Court on October 30, 2007. The Order Granting Trustee's Request to Conduct a §363(h) Sale, the Sale Motion and the Agreement are available upon request from the Trustee.

The Property will be sold free and clear of all liens, claims, and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

Any higher and/or better offers or objections to the sale shall be filed in writing with the Clerk, United States District Court at One Exchange Terrace, Providence, RI 02903 on or before

**March 28, 2008** at **4:00 p.m.** (the "Bid/Objection Deadline"). A copy of any higher and/or better offer or objection also shall be served upon the Trustee, Joseph M. DiOrio, Esq., Law Office of Joseph M. DiOrio, Inc., 10 Dorrance Street, Suite 1200, Providence, Rhode Island 02903. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized.

Through this Notice, higher and/or better offers for the Property are hereby solicited. Any higher offer must be accompanied by a cash deposit of seven and one-half percent (7.5%) of the offer in the form of a certified or bank check made payable to the Trustee. Higher offers must be on the same terms and conditions provided in the Agreement, other than the purchase price.

A hearing on any higher and/or better offers or any objections is scheduled for **April 8, 2008** at **10:00 a.m.** before the Honorable Ronald R. Lagueux, United States District Judge, Courtroom 4, One Exchange Terrace, Providence, Rhode Island 02903. Any party who has filed a higher and/or better offer or an objection is expected to be present at the hearing, failing which the higher and/or better offer may be stricken and the objection may be overruled. If no higher and/or better offer and no objection to the Sale Motion is timely filed, the District Court in its discretion, may cancel the scheduled hearing and approve the sale without hearing.

At the hearing on the sale, a Sale Auction will take place in accordance with the procedures set forth in the Sale Motion, unless the Court modifies the procedures. At the hearing on the sale, the Court may (1) consider all requests to strike a higher and/or better offer; (2) determine further terms and conditions of sale; (3) determine the requirements for further competitive bidding, and (4) require one or more rounds of sealed or open bids from the original offeror and any other qualified offeror. The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court, and the Court, without further hearing, may approve the sale of the Property to the next highest bidder.

Any questions concerning the intended sale shall be addressed to the Trustee.

Respectfully submitted,

Joseph M. DiOrio, Chapter 7 Trustee of
Arnold Kilberg

Joseph M. DiOrio (#2616)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903
401 632-0911 / Fax: 401 632-0751
jmdiorio@diriolaw.com

Dated: March ___, 2008