**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **56 ASSOC., a Rhode Island Limited Partnership And 57 ASSOC., a Rhode Island Limited Partnership,** | : | |
| **v.** | : | **C.A. No.: 07-222** |
| **Joseph M. Diorio, Chapter 7 Trustee of Arnold Kilberg** | : | |

**ENTRY OF APPEARANCE**

Joseph P. Ferrucci, Esq., of Ferrucci Russo, P.C., hereby enters his appearance as counsel for Umberto Sorbo, relative to the Order Authorizing Trustee to Sell Certain Assets Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(h) and hereby requests that his name be added to the mailing list maintained by the Clerk in the above-captioned case and that all copies of all notices given and all papers served on any party in connection with this matter, be given to and served upon Joseph P. Ferrucci, Esq. at the address set forth below:

Joseph P. Ferrucci, Esq.
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: 401-455-1000
Fax: 401-455-7778

Respectfully submitted,

Umberto Sorbo

By his Attorney,

/s/ Joseph P. Ferrucci
Joseph P. Ferrucci, Esq. (#4231)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: 401-455-1000
Fax: 401-455-7778
Email: jferrucci@frlawri.com

Date: April 9, 2008

## CERTIFICATION

I hereby certify that on this 9th day of April, 2008, I served a true and accurate copy of the within via electronic filing to:

Gardner Palmer, Esq.
Law Office of Joseph M. Diorio, Inc.
ghpalmer@dioriolaw.com

Joseph M. Diorio, Esq.
Law Office of Joseph M. Diorio, Inc.
jmdiorio@dioriolaw.com

William J. Delaney, Esq.
Reavis Cianciolo, LLC
wdelaney@rc-legal.com

Richard Licht, Esq.
Tillinghast Licht, LLP
rlicht@tllaw.com

/s/ Joseph P. Ferrucci