UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

56 ASSOC., a Rhode Island Limited Partnership and
57 ASSOC., a Rhode Island Limited Partnership

v.

Joseph M. DiOrio, Chapter 7 Trustee of Arnold Kilberg

Case No. 07-00222-L

**ORDER AUTHORIZING TRUSTEE TO SELL CERTAIN ASSETS FREE AND CLEAR OF LIENS PURSUANT TO BANKRUPTCY CODE SECTION 363(h)**

This matter came on for hearing before the Honorable Ronald R. Lagueux on April 8, 2008 upon the Notice of Intended Sale of the entire interests of the Trustee and the co-owners, 56 Assoc. and 57 Assoc. (the "Co-owners"), in and to 165 Angell Street, Providence, Rhode Island pursuant to Bankruptcy Code Section 363(h), and the responses of certain parties in interest to said Notice of Intended Sale. After hearing thereon and in consideration thereof, it is hereby

**ORDERED, ADJUDGED and DECREED**

1. That the Court specifically grants the requested relief of the Trustee to allow the sale to proceed through auction in accordance with the Trustee's Notice of Intended Sale and 11 U.S.C. §363.

2. That no objections were filed by the Objection Deadline as defined in the Sale Motion;

3. That good and sufficient notice of the intended sale, and of the sale as conducted, was given to all necessary parties in interest, creditors, and secured parties in accordance with 11 U.S.C. §363 and Bankruptcy Rule 6004;

4. That the Trustee was specifically authorized to hold an auction of the Trustee's and Co-owners' entire right, title and interest in and to 165 Angell Street, Providence Rhode

Island (the "Property") as set forth in the Notice of Intended Sale, and to sell the Property in accordance with 11 U.S.C. §363 and, more particularly, 11 U.S.C. §363(h);

5. That the Co-owners were afforded all of their rights pursuant to and in accordance with 11 U.S.C. §363(i);

6. That, after an auction conducted by the Trustee, Umberto Sorbo was the successful bidder at such auction sale;

7. That the Trustee is hereby authorized to convey to Umberto Sorbo, or his nominee, free and clear of all liens, claims and encumbrances for a purchase price in the amount of One Million Eight Hundred Twenty Five Thousand Dollars ($1,825,000), all of the Debtor's and Co-owners' right, title and interest in and to that real property located at 165 Angell Street, Providence, Rhode Island, as further described in the Real Estate Purchase Agreement;

8. That the Trustee is authorized to conduct a closing on the sale of the Property on or before June 1, 2008 at 10:00 a.m. at the office of the Trustee, or at such other time and place as the Trustee and Umberto Sorbo shall mutually agree;

9. That the Trustee is authorized to pay the holders of any liens with the proceeds of sale as necessary to convey the Property free and clear of such liens;

10. That Umberto Sorbo shall reasonably cooperate with the Co-owners to effect an Internal Revenue Code §1031 transfer if the Co-owners so elect;

11. That to the extent any broker's commission is owed by the Trustee, said commission shall not be paid out of the Co-owners' share of the sale proceeds;

12. That the Trustee is authorized to pay the Co-owners their respective 25% shares of the net sale proceeds after closing adjustments.

13. That, based on the testimony of Umberto Sorbo, it is specifically found that Umberto Sorbo is a good faith purchaser entitled to the protections of 11 U.S.C. §363(m), and that none of the provisions of 11 U.S.C. §363(n) have been violated;

14. That the Trustee is authorized to enter into a Real Estate Purchase Agreement in substantial conformity to the form submitted by Umberto Sorbo and filed with the Court except that, *inter alia*, the Real Estate Purchase Agreement will reflect the sale price and closing dates set forth herein;

15. That the Trustee be, and he hereby is, authorized and directed to execute such deeds, bills of sale, assignments and other documents necessary and appropriate to complete the sale and the relief granted hereby, and is authorized and empowered to take such other action and to issue, execute and deliver such other documents and instruments as may be necessary to carry out the transactions, authorizations and deliveries contained in this Order;

16. That Brown University and either or both of the Co-owners have agreed to remain bound to purchase the Property at $1,800,000 in the event that Umberto Sorbo fails to close in accordance with the Real Estate Purchase Agreement and, in such event, a new sale auction may take place involving Brown University and either or both Co-owners in accordance with the procedures set forth in the Court's December 4, 2007 Sale Order; and

17. That the automatic ten (10) day stay from the date of entry of this Order imposed by Bankruptcy Rule 6004(g) is waived.

ENTERED as an Order of this Court on the ______ day of April, 2008.

ORDER: ENTER:

Ronald R. Lagueux
Judge Ronald R. Lagueux
Sr. U.S. District Court
4/12/08

Presented by:

Joseph M. DiOrio, Trustee
By his Attorneys,

/s/ *Gardner H. Palmer, Jr.*
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903

Date: April 10, 2008

**CERTIFICATION**

I hereby certify that on April 10, 2008, I electronically filed the Order Authorizing Trustee to Sell Certain Assets Free and Clear of Liens Pursuant to Bankruptcy Code Section 363(h) with the Clerk of Court using the CM/ECF system . The following parties were served electronically: wdelaney@rc-law.com; rlicht@rc-law.com; and jferrucci@frlawri.com. I have caused the Order to be mailed by United States Postal Service, postage prepaid, to the below non CM/ECF participant.

James M. Green, Esq.
Legal Counsel
Brown University
110 South Main Street
Providence, RI 02903

/s/ *Gardner H. Palmer, Jr.*